EXHIBIT F

 **Larry Hogan**

"A common ground, bipartisan solution to health care? If Maryland Gov. Larry Hogan wants to have a lengthy career in politics, he probably needs to stop making so much sense...

A smattering of Carroll Democrats and even a potential Democratic candidate for governor from Montgomery County showed up at Carroll Community College to protest during Hogan's regional cabinet meeting in Westminster on Thursday demanding some response from the governor to Trump.

In an interview at the Times offices later that day, Hogan gave one, although probably not one that those on either the left on the extreme right wanted to hear — Obamacare won't be preserved as-is, but the current GOP plans to repeal and replace Obamacare likely aren't going to fly either...

'We have to fix those things that are broken,' he said Thursday, 'but we also have to protect the people that are covered under the Medicaid expansion.'"

 **Editorial: Hogan on the money when it comes to health care**
carrollcountytimes.com

A common ground, bipartisan solution to health care? If Maryland Gov. Larry Hogan wants to have a lengthy career in politics, he probably needs to stop making

 5/15/2017 12:00 AM UTC

150 reacted: Like(138): Brian Bowman, Shaveda Lolita Hallbank Rosenboro, Laura Layte, George Sherwood, Robert E Bates, Leatta Gray, Duke Speed, Margie Kamauff, Liz DeMott Yates, Luisa Belanger Wayson, Joanna Rosen, Samuel Perry, Dawn Andrews-Becker, Bethany Palmisano, Robin Livezey Nicholson, Tim Beckman, Gladys Guccione, Paul Corridean, Ruth Strickland, Steve Davis, Seng Hla, Karen Fritch, Rene Stafford, Barbara Wagner, Debbie Jenkins, Tyler Middleton, Jeanie Rolf Mihalko, David Castro, Matthew Schargel, Ed Weigman, Isaac Barkley, Dolores Para, John Startt, Rochelle Craig, Steve Smith, Nathan Zolp, Renee M Leary, Helen Darby, Mike Hemler, Art Smith, Colleen Busher, Michael Milam, Tammy Benson, Robert Drozd, Darryl Jones, Carole Marshall, Sharon Larrimore, Amy Knisely, Chandra Lyn, Debi Kim, Jerry Manolatos, Brad Metheny, John Fletcher, Gretchen Van Dyke Collins, Edgar Lee, Huong Ngo, Amrit Singh, Bob Amato, Carl Grohs, Nick Konialian, Scot Henderson, Welch Michael, Tanya Brice, Joanne Peterson Wharton, Brianna Jacqueline Darling, Steve Herl, Sandra Ryland, Shiva Shrestha, Robin Eisenacher Csiszar, Bryan Lee, Bonnie Glick, Frank Bernadzikowski, Dexter Housel, Inga Jackson, Cathy Reed-Fink, Chris Harkum Jones, Sandra Watts, Sharon Hazel Johnson, Nathan Feder, Jeff Fisher, Kevin Wilcox, William Moore, Kevin Bunn, Matt Grden, Bill Cappadora, Eileen Buckingham, John Brooks, Steve Kenney, Ashley Blandford, Elizabeth Slattery, Dean Denning, Jewel B Barlow, Janice Jewell, Rob Robin Bugos, David Capps, Katie Williams, Bruce Thomas, Linda Giuffre, Steve Pattee, Erik Champenois, Dennis Renehan, Linda Becker Herlehy, Collins Jones, Larena Merson, Danny Geehreng, Bob Martin, Marjorie Thomas, Luigi Domenico, Alek Berger, Daniel Carter, Kristopher Gaasch, Joseph Johnson, Margaret Gillich, Amanda Scimone, Chris Groobey, Carol Larese Millward, Forrest Ewing, Jonathan Anderson, Matthew B. Talley, John R. Stichberry Jr., Ford C. Waggoner III, Sharon Blough, VerShawn Jones, Carol Anne Gartland, Kieran Carroll, Dan Brown, Valerie Takesue, John Kosciolek Jr., Sharon Sigler, Anne Presbury, Gary Galmin, Patricia Hildt, Adam Howlett, Will Shartzer, Carl Born, Kathleen Peddigree, Lori Krunze, Mickey Senate, Love(10): Nathaniel Sansom, Ed Webster, Kristen Ashley, Mike Rickman, Amy Berger, Robert Trew Brown, Margaret Jamar, Cynthia Thatcher, Michael Algeo, Cathy Hatley-Felker and 2 more

**72 comments**

 **Cheryl Everman** Do you also publish opinion pieces that are critical on your official page? Seems a bit self-serving -- No?
5/15/2017 12:33 AM UTC

 **Matthew B. Talley** Often he does, giving him the chance to respond to that criticism.
5/15/2017 12:36 AM UTC · Reply

 **Patricia McLaughlin Doe** The Democrats just pick, pick, pick with no justification.
5/15/2017 12:43 AM UTC · Reply

 **Katherine Anne** How about a serious bipartisan effort towards Single Payer to pre-empt the protests? HR676 now has bipartisan support now and over 100 co-sponsors. How great would it be for businesses if they weren't being distracted and burdened by the administration of health insurance as an employee benefit? How ridiculous is it for health coverage to be tied to employment at all? How many layers of finance industry profit are embedded in the US Healthcare system making it the most expensive and most poorly coordinated in the world? Please help us, Gov. Hogan! Please. A major barrier to starting a small businesses is the cost and complexity of our health insurance model.
5/15/2017 12:45 AM UTC

 **Missey Serpentina Eaton** That would require both sides thinking it's a good idea.
5/15/2017 12:52 AM UTC · Reply

 **Katherine Anne** It's already happening...
5/15/2017 1:02 AM UTC · Reply

 **Tom Weaver** single payer is a bad - gives government control of 1/5 of our economy and destroys liberty of the individual. sorry but this nation was founded under the idea that the individual was supreme and single payer makes the government supreme over the people .
5/15/2017 1:51 AM UTC · Reply

 **Katherine Anne** Simplify and remove the profit and the waste and voila - it's no longer 1/5 of our economy. Individuals who can afford to self insure are certainly 'free' to opt out. A major destroyer of liberty is the price tag of staying alive.
5/15/2017 1:54 AM UTC · Reply

 **Jay Narvell** Katherine Anne Id love to see your plan for making that happen. it won't.
5/15/2017 4:16 AM UTC · Reply

 **Richard Kuhlmeyer** Our government is not known for the ability to control expenses but they are great at spending our tax dollars. Take a look at how they have managed Medicare. You also can't have health care reform without Tort Reform. Doctors should not have to order every test known to man to protect themselves from legal action.
5/15/2017 8:31 AM UTC · Reply

 **Jarny Pizzini** Single payer is fantastic around the world compared to Obamacare OR this "new" idea, or our old system. The fact that big businesses control 90% of our economy doesn't bother most Repubs or Dems, but talk about making healthcare non-profit and for the people, and all of the sudden we're scared of the Gov? lol I can't even. Insurance companies have been scamming people and letting conditions go untreated, allowing ppl to Die.....it's the Gov I should fear? Not at all.
5/15/2017 10:39 AM UTC · Reply

 **Katherine Anne** For those of you opposed to single payer, consider the fact that large companies self-insure health coverage for their employee population and dependents. They pay the claims and insurance companies like United Healthcare do the paperwork and actuarial calculations so the company's financial officers can forecast the costs. Why do they do it this way? Because it's the least expensive model for the business. But why does my employer have to be involved in my healthcare at all? Talk about privacy issues! Why does healthcare stop me from leaving and starting my own small business or independent consultancy? This is not freedom, we are enslaved to our employers in order to have health coverage. It doesn't have to be this way. The US Govt can do what large businesses already do to cover large populations. Just do it for all of us at the country-scale, and take employers out the equation.
5/15/2017 12:32 PM UTC · Reply

**John Hamilton** This is fake. There are no Democrats in Carroll county.

**Nancy Bauman Cristiano** I heard that.
5/15/2017 1:18 AM UTC · Reply

**Randy Jones** Keep it that way or they will ruin it. They ruin everything they do EVERYTHING
5/15/2017 1:52 AM UTC · Reply

**Scott Judy** There's two or three running around.
5/15/2017 10:23 PM UTC · Reply

**Bob Martin** Great Governor
5/15/2017 12:52 AM UTC

**Veronica France-rawlins** Governor Hogan makes sense.
5/15/2017 12:54 AM UTC

**Shawn Huffman** #neversinglepayer #socializedmedicinesucks
5/15/2017 12:55 AM UTC

**Alex Paciga** Because the current system doesn't. Nah. It's time we gave single payer a try
5/15/2017 11:17 AM UTC · Reply

**Shawn Huffman** No thanks!
5/15/2017 11:23 AM UTC · Reply

**Shawn Huffman** And I agree the aca does suck...
5/15/2017 11:24 AM UTC · Reply

**Jim April** Screw socialism. You either want it or you don't. Small business is not a license to pick the tax payers pocket. Safety nets for those truly in need on a case by case basis. The government can't run a business, that is not their job. Their job is to just provide basic services such as public safety, maintain roads and represent the people, not pick their pockets and teach only radical left wing biased socialism and corrupt morals.
5/15/2017 12:56 AM UTC

**Nancy Bauman Cristiano** Don't expect your caregivers to look after you for free in your old age, is my advice.
5/15/2017 1:19 AM UTC · Reply

**Janice Lepore** I would like to hear more about the specifics of what your plan forward would look like, rather than just criticism of the current options.

For example, how would you protect Maryland Medicaid recipients given the proposed cuts?

As the bill currently stands, it gives the state governors the power to ask for a waiver to the current basic coverage requirements. Would you ask for such a waiver? Andy Harris has said he voted for the bill partially because he believes our state is protected by the standards we have in place, but would they remain?

How would you protect Marylanders with pre existing conditions from exorbitant health care costs or being priced out of coverage? Given the prior problems with the high risk pools, would you return to that model, and how would you ensure they work?

I look forward to hearing more about the specifics of how you would govern in Maryland on this critical issue.
5/15/2017 1:01 AM UTC

**Ronnie W Goddard** People have it in their head now health care is a human right. That's not going to go away now and it shouldn't.
5/15/2017 1:06 AM UTC

**Jake Mohorovic** Governor makes sense
5/15/2017 1:23 AM UTC

**Diana Semelsberger** The insurance industry needs to have more controls on what/how they provide coverages. The language that they use is not basic. It is meant to confuse. They can change coverage/or the rules (i.e.:authorization requirements) in the middle of a year..after contracts are signed. I don't know of any other business that can change the rules of the game in the middle do you? For non medical people understanding the coverage is nearly impossible. Even for those who deal with it daily it's confusing. There's so much more that needs to be talked about. The ACA was full of flaws. Let's not make things worse by rushing a bill that doesn't make things better.
5/15/2017 2:02 AM UTC

**Helen Darby** exactly! There is no "shopping around", making informed decisions, because there is no transparency.
5/15/2017 11:03 AM UTC · Reply

**John Yost** Obamacare was a train wreck from the start. What else needs to be said?? Repeal and replace it.
5/15/2017 2:34 AM UTC

**Helen Darby** you have no idea what you are asking for. Repeal will be very bad. Same lack of protections will apply to medicare too. Watch out!
5/15/2017 11:04 AM UTC · Reply

**Catherine C Nobles** If you want to see what single payer is like go and live in a country who has single payer for one year. Try and see a doctor and pray you don't get really sick. Lived in three countries who were single payer.
5/15/2017 2:43 AM UTC

**Enrique Marroquin Gonzalez** That isn't true, Go and try to take away single payer for any country in Europe! LOL
5/15/2017 4:27 AM UTC · Reply

**Vera Rivers** You are correct, Catherine C Nobles. Single payer in other countries does not give Cadillac care. It gives Bronze care. If you Cadillac care, you have to pay for it.
5/15/2017 11:57 AM UTC · Reply

**Catherine C Nobles** Enrique Marroquin Gonzalez I lived in Europe. In England and Ireland many people have private insurance. In Ireland there' are over 34 thousand single payers waiting for hospital beds 13 thousand of which are children. In England when you go in for surgery the resident preforms the surgery, the surgeon goes from Operation room to Operation room to check on the procedure and make sure it's going OK. I would love to hear what an American would say if they were told this is how it was going to happen to them. My brother pays 2,000 euros per year and 120 euros per visit for family doctor 180 euros for specialist , all per visit. I could go on but the stories are endless. A healthy person would be happy with the program but talk to one who has health problems and you will get the truth
5/15/2017 12:40 PM UTC · Reply

**Betty Tilley** Catherine C Nobles I had a surgeon here in the States years ago. His wife was from England and warned me of single payer and asked that I fight it here. She also spoke of people dying waiting for care. No system is going to be perfect but government controlled NO. My husband is in the VA system and we see how it operates.



5/15... · Reply

 **Peg Adamarczyk** Everyone touts single payer health care in Canada but a Canadian cousin was referred to a neurologist. Wait time? Six months going through the system. Private care is available. Getting an appointment is quicker but isn't covered under government program, so treatment would be strictly out of pocket. Don't believe everything we hear from MSM about single payer that's for sure.

5/15/2017 6:02 PM UTC · Reply

 **Helen Ankney** Love my Governor! Larry Hogan will save Maryland from the madness of the imploded democratic party. Vote out Mike and Mike!

5/15/2017 2:50 AM UTC

 **Thomas Coleman** How about get government out of Health Insurance all together. Have had insurance all my life until the Government took it over. Now I pay cash because I can't afford the premiums.

5/15/2017 3:00 AM UTC

 **Helen Darby** Wait until you have to pay cash for an emergency! Believe me, I was in medical field years ago when the insurance companies decided who lived and died- received medical care. You don't want that.

5/15/2017 11:06 AM UTC · Reply

 **Thomas Coleman** No I don't but I don't want government involved. How's the MVA working or how about social security or insert any social justice program in the last 100 years.

5/15/2017 12:14 PM UTC · Reply

 **Marney Moore** He has been outspoken about the need for changes? Where? He hasn't been saying a dang thing until a couple days ago. Other republican governors have been discussing it, I haven't seen him saying a dang thing and this effects marylanders. We cannot assume that the house version with its cuts to medicaid and states can decide that preexisting conditions don't need to be covered.

5/15/2017 3:22 AM UTC

 **Deborah Trunnell Allen** Bring back the Maryland Health Insurance Plan!

5/15/2017 5:10 AM UTC

 **Huong Ngo** Like. Reply

5/15/2017 5:46 AM UTC

 **Jared Neale** Healthcare should be a right of every man, woman, & child and not a cheap product that you allow insurance companies sell us..... Or not sell to us. How are you going to make that happen, Mr. Governor?

5/15/2017 9:48 AM UTC



 **Mitchell Kalavan** I tell ya how..

Head to Canada snow puff

5/15/2017 10:24 AM UTC · Reply

 **Jared Neale** Actually, I'm going to fight every day of my life to make it happen. And you'll pay for it.

But thanks for displaying how you're a digesting human being who slings insults at other Americans who just want to stay alive.

5/15/2017 10:26 AM UTC · Reply

 **Ed Weigman** Jared, You're right, Healthcare is a right of every American citizen and nobody is preventing you from paying for your own plan. Your self entitled attitude is what is bankrupting this country. Everytime somebody wants something and does not want to pay for it, all of a sudden it becomes a 'right of the american citizen' which is then paid for by the hard working american taxpayer. You also have a right to self responsibility and that sir, is free!

5/15/2017 12:05 PM UTC · Reply

 **Jared Neale** No, the fact that your brainwashed into thinking you don't have to pay for services is what is bankrupting this country. I pay taxes because and I demand some things in return. I'm even willing to pay more in taxes. I understand you can't get something for free. Taxes are a fact of life.

5/15/2017 1:03 PM UTC · Reply

 **Ed Weigman** Here's something that might be of interest...on YouTube, search 'Hank Johnson Guam Island'. This might help you decide whether you want to pay more taxes or not.

5/16/2017 4:53 AM UTC · Reply

 **Jamy Pizzini** We need healthcare to be a basic human right. Insurance is a scam/gamble w pls lives, needs to disappear now. It's been exposed as a con by Obamacare. Remember.....healthcare is not insurance. We don't NEED to let ppl profit on life and death. Just like any other non-profit humanitarian system, salaries can be paid, school can be paid for, we can train doctors and nurses and actually care about each other, or...keep the crap we got. Hmmmmm

5/15/2017 10:42 AM UTC

 **Ed Weigman** Reference above comments.

5/16/2017 4:53 AM UTC · Reply

 **Helen Darby** Hogan, you better protect Maryland or kiss your job good bye. You know what the right thing is. AND stop kissing up to tRump and buddies

5/15/2017 11:02 AM UTC

 **Gl Pierre** You have a good argument here, but maybe focus on southern Maryland and PG county.

For some reason housing and education and public transit is less stellar than other parts of MD. The job market is bleak in those areas and the streets aren't as clean.

How can those areas look like Chevy Chase or Potomac?

5/15/2017 11:11 AM UTC

 **Lorri Thomas** I heard MD health insurance rates are going up 50% next renewal. That will be unsustainable!

5/15/2017 11:48 AM UTC

 **Bill Doucet** ... and that is without changing the ACA!!!

5/15/2017 12:19 PM UTC · Reply

 **Phillip Pease** Bipartisan means Republican and Democrat politicians; and both parties are lobbied by corporations who use health care to make profit. Other nations said NO to health care being a money making business and instituted a system that works for the benefit of their citizens. The result is better health care for everyone at lower cost. America pays far more and has poorer health because corporate profits rule over America's two major political parties. The time has come for citizens to demand Medicare for all.

5/15/2017 12:26 PM UTC

**Sherry Reich** OMG!! A politician who makes sense!!! I love our Gov.

5/15/2017 6:45 PM UTC

Enrique
5/16/2017 8:01 AM UTC



**Larry Hogan**
"This will long be remembered as a low point in Maryland's legislative history." -Governor Larry Hogan

**Change Maryland**

"This will long be remembered as a low point in Maryland's legislative history." -Governor Larry Hogan

Today the General Assembly voted to override Governor Hogan's veto of a terrible bill that will trap our students in failing schools. This misguided and horrible bill prioritizes the politics of the teachers' union and jeopardizes $250 million per year in federal education funding - more than $1 billion over five years.

**\*\*\*** 4/7/2017 11:30 AM UTC

3 tags: Larry Hogan, Change Maryland, 1686967367995086

75 reacted: Angry(35): Dexter Housel, Karen Atkins Thomas, Kelly Craft, Christopher Brous, Michele Kelly Colburn, Susan Flanders, April Peugh Holland, Jodi Brandes Slein, Carol Beatty, Erin Kellough Murphy, Rick Parkhurst, John Hamilton, Rob Vlk, Reilly Harbison, Peggy Parker, Michael Keith Bailey, Nedra Reidy Hicks, Sean Dennis, Jessica Brooks Hatcher, Jeff Miller, Cheryl Smith, Jenni Mayer, John Robinson, Libby Vreeland, Mary Lou Stevens, Diane Moore Mielke, Jonathan Anderson, Allison Chetney Heintz, Patricia Rowe, Marty Utz, David Marron, Sally Michaelis, Michelle Rodriguez Helvig, Lisa Glacken, Angela Marie, Like(31): Michele Wootten Johnson, Chris Salmi, Kelly Price, David Capps, Theresa Trader, Christopher Floyd, Diego Hernandez, Tiffany Plattner Robinson, Huong Ngo, Candace Martino, Shelley Marshall, Sarah Horwath, Kristopher Gaasch, Karen Blake Klosterman, Deke DaSilva, Hannah Marr, Andre Penzes, Pietro Aretino, Anita Greenstone, Amrit Singh, Bob Quinn, Sharon Blough, Emma L. Arrington, Eric Crouse, Julia Corder, Boomer Bozarth, Gregg Williams, Sandra Watts, Kelly Bukowski, Jessie OB, Kathy Brown, Sad(8): Rosemary Bunda, Christine Doyle, Katherine Yunkun, Laurie Close Bjorlykke, Claude Romano, Tania Rosa Bindhoff Frieswyk, Lourdes Benitez, Janet Westervelt, Wow(1): Sherri Boline Thomas

**84 comments**

 **John T. Sly** It is an unfortunate result. But, it reveals - if we ever needed confirmation - that the Democrats in Maryland are driven by their reliance on the interests of the teachers' union and not the interests of the children who live in their districts.
4/7/2017 11:34 AM UTC

 **Aimee Pohl** We won!!!!
4/7/2017 11:40 AM UTC

 **Larry Hogan** The kids lost.
4/7/2017 8:35 PM UTC · Reply

 **China Williams** Larry Hogan Who posts as "Larry Hogan"? Your posts and interactions with constituents are not professional. Are these the actual words from the Governor?
4/7/2017 9:37 PM UTC · Reply

 **Aimee Pohl** The kids won, too!
4/7/2017 9:39 PM UTC · Reply

 **Lawrence Kidd** The kids lost to a bunch of self-righteous democrats. China, take a look at some of your own posts before you start speaking of professionalism. Aimee, I guess it's not surprising that you wouldn't care about children, looking at your profile picture.
4/8/2017 4:42 AM UTC · Reply

 **Lisa Glacken** The Democrat legialature will sacrifice children in order to secure the teachers union votes. Shameful....
4/7/2017 11:43 AM UTC

 **Sylvia Denny** Do not understand. Does this get rid of communist core? If so, then I agree with it. If it does not then I do not agree with it.
4/7/2017 11:44 AM UTC

 **Brendan Maltese** It doesn't get rid of Common Core, but it does weaken it because of the reduction in weight given to standardized tests.
4/7/2017 12:00 PM UTC · Reply

 **Janice Lepore** It doesn't set curriculum, that is up to the State Board. It sets guidelines for the plan the Board needs to develop to be in compliance with the federal Every Student Succeeds Act - including accountability measures that use but also look beyond standardized testing, and requiring the State to work with local stakeholders instead of unilaterally taking over a district.
4/7/2017 12:13 PM UTC · Reply

 **Janice Lepore** Or:

1) Requires the state to work with local stakeholders to decide what steps should be taken to improve schools, including, with local input, charter options.

2) Is in the opinion of the Attorney General within compliance with ESSA, which places no funding at risk

3) De emphasizes the focus on standardized testing as the main accountability measure, requiring a broader assessment of schools.

4) Puts the interests of the public schools ahead of the interests of privatization companies.

Teachers unions aren't even mentioned in the bill (though they and many others supported it) so bot sure how to address that complaint.

Still interested in your plan and path forward.
4/7/2017 11:44 AM UTC

 **Brendan Maltese** I hope you're screenshotting all of these comments. I used to post things like this and got blocked. Finally got unblocked last week after a dozen phone calls to his office. I still can't comment on Change Maryland posts.
4/7/2017 12:02 PM UTC · Reply

 **Larry Hogan** This is complete nonsense. I'm sorry you have been so misled.
4/7/2017 8:43 PM UTC · Reply

 **Janice Lepore** Larry Hogan, this is the second time now I've seen someone specifically ask for your plan and your response has been dismissive and rude. You can't even seem to meet disagreement with respectful discussion. That is truly nonsense.
4/7/2017 8:51 PM UTC · Reply

 **Sean Berry** Janice Lepore you sounded offended that the governor responded to you directly. Maybe you should find a new state that meets all your goals. I understand that California has become a complete liberal CF, I could help you pack.

 4/7/20...

 **Janice Lepore** Sean when someone expresses interest in your plan, a direct response is to a) offer your plan b) direct the individual to where the plan has already been laid out or c) acknowledge you have no actual plan. Maryland deserves real leadership, and Mr. Hogan's commentary on this topic does not reflect that.
4/7/2017 9:11 PM UTC · Reply

 **Mike Hickey** Typical corrupt politics in Annapolis putting their donors ahead of their constituents
4/7/2017 11:48 AM UTC

 **Brendan Maltese** Funny, since Betsy DeVos literally bought her position at the Department of Education, and this law serves to protect against the "return on investment" that she has explicitly stated that she expects.
4/7/2017 12:05 PM UTC · Reply

 **Brendan Maltese** If that's not corruption, I don't know what is.
4/7/2017 12:31 PM UTC · Reply

 **Mike Hickey** Brendan Maltese obviously you do not know what is corruption
4/7/2017 6:42 PM UTC · Reply

 **Brendan Maltese** Enlighten me.
4/7/2017 6:58 PM UTC · Reply

 **Mike Hickey** Brendan Maltese Do your own research and stop drinking the democrat Kool Aid
4/7/2017 7:31 PM UTC · Reply

 **Brendan Maltese** Corruption - noun - dishonest or fraudulent conduct by those in power, typically involving bribery.

Bribe - verb - persuade (someone) to act in one's favor, typically illegally or dishonestly, by a gift of money or other inducement.

DeVos: "My family is the biggest contributor of soft money to the Republican National Committee... We expect a return on our investment."
4/7/2017 7:35 PM UTC · Reply

 **Brendan Maltese** Is that enough research for you?
4/7/2017 7:35 PM UTC · Reply

 **Mike Hickey** Brandon, you are not worth my time because you obviously believe in big government, union control and lack of freedom You have been blocked
4/7/2017 7:38 PM UTC · Reply

 **Debi Fetrow Jasen** Mike Hickey Do you block everyone whose logic you can't form a cohesive argument against?
I know very little about this bill. I do know that Brendan Maltese made much more of an effort to use facts as part of his argument, and you just threw opinions and insults at him. Rather than allow for the possibility that you may have something to learn, you block him. What does that say about you?
4/7/2017 8:19 PM UTC · Reply

 **Mike Hickey** Debi Fetrow Jasen No, I seldom block anyone, but sometimes Trolls are not worth the effort of reading and responding And there is nothing for me to learn from a liberal socialist big government anti freedom poster
4/7/2017 8:20 PM UTC · Reply

 **Betsy Frohlich** It's apparent that mike hickey doesn't comprehend what bribery and corruption are.
4/8/2017 4:44 AM UTC · Reply

 **Debi Fetrow Jasen** Mike Hickey Do you have a history with Brendan Maltese? I don't see anything in this particular discussion that indicates that Maltese is a troll or a liberal, socialist, big government, anti freedom poster. I just see that you two disagree on some things. That you two disagree on these particular things doesn't make him a bad person and you a good person, or vice versa. It just means that you disagree on some things. I don't see why you'd make the accusations you made, or why you'd name-call at all.
4/8/2017 6:55 PM UTC · Reply

 **Mike Hickey** Debi Fetrow Jasen Have have seen enough of his posts to know that his opinion has no value to me, and my comments are based on the opinions he espouses Please note that I did not personally attack him, I made an observation based on his actions and comments here and elsewhere
4/8/2017 7:59 PM UTC · Reply

 **Mike Hickey** Betsy Frohlich Having lived under the corrupt political system in Maryland for most of my life, I know what corruption is, and I also know that bribery takes many forms
4/8/2017 8:01 PM UTC · Reply

 **Debi Fetrow Jasen** Mike Hickey Your comments come across very much as attacks.
4/8/2017 9:59 PM UTC · Reply

 **Mike Hickey** Debi Fetrow Jasen Oh well, too bad so sad, I really do not care
4/8/2017 10:31 PM UTC · Reply

 **Sandra Watts** these corrupt democrats need to be voted out period.
4/7/2017 11:49 AM UTC

 **Allison Chetney Heintz** Of all the decisions the legislature has made in its history, a decision to increase community responsibility for failing schools and decrease the impact of standardized testing is the low point? Instead of continuing to deride this important bill, I'd like to hear your plan for schools going forward.
4/7/2017 11:50 AM UTC

 **Larry Hogan** Maybe you should read the plan.
4/7/2017 8:37 PM UTC · Reply

 **China Williams** Larry Hogan It is easy to overlook information. Please post the plan here.
4/7/2017 9:39 PM UTC · Reply

 **Brendan Maltese** Please direct us to the plan. Obviously, we're having a hard time finding it.
4/7/2017 10:03 PM UTC · Reply

 **Marney Moore** Why is it, that if you don't agree with governor Hogan, they are corrupt democrats instead of marylanders who disagree with you. They are not corrupt, they just don't agree with you.
4/7/2017 11:55 AM UTC

  **Mike Hickey** Actually the politicians are more interested in their donors than their constituents, which in my opinion is a definition of corrupt

**Marney Moore** So all polticians are corrupt? Because our system forces them into a constant obsession with money to campaign to keep their jobs? Because we encourage dark money and corporate money? We need to get the money out of politics by decreasing the length of primaries and limited the amount of donations that corporations can make.
4/7/2017 8:45 PM UTC · Reply

**Cassius Evans** of course since the 70s hirings to structure massive failures and enslavements into complete ignorances of stupities of that designed rat hole these hirings of high salaries
4/7/2017 12:07 PM UTC

**Alana Suskin** Funny how our failing schools in Montgomery County are some of the top rated in the country.
4/7/2017 12:29 PM UTC

**Mike Faery** But can't figure out how to go to school after Labor Day, and finish before June 15.

I'd hold up on all the awesome talk about Montgomery county
4/7/2017 1:46 PM UTC · Reply

**Alana Suskin** Yes, let us def blame MoCo for a problem instituted by Gov. Hogan.
4/7/2017 2:36 PM UTC · Reply

**Gregg N Hartz Jr.** I'm still hoping one of my many friends in education can explain what I'm missing here. Did the GA help students with this bill or not?
4/7/2017 12:32 PM UTC

**Brendan Maltese** I'm a teacher. This act gives less weight to testing than before, and it leaves decisions to local school systems, instead of making it easy for the state board to swoop in and privatize a "failing" school.
4/7/2017 12:52 PM UTC · Reply

**Jodi Baldwin** Brendan Maltese Hence why Hogan is against it, it makes it less lucrative for the DeVos' of the world.
4/7/2017 1:18 PM UTC · Reply

**Holly Huntley** So allowing Balto City to continue to run it's ever failing schools is ok with you?
4/7/2017 1:44 PM UTC · Reply

**Brendan Maltese** Baltimore City has problems, I'm not denying that. I just don't think privatizing the City school system is a good solution, nor do I think the entire state should be subject to punishment just because one jurisdiction has issues.
4/7/2017 4:05 PM UTC · Reply

**Gregg N Hartz Jr.** Less weight to the tune of $200 million per year in federal funding due to non-compliance with federal requirements? Am I wrong on concluding we now have the fox guarding the hen house?
4/7/2017 4:48 PM UTC · Reply

**Brendan Maltese** That federal funding is not in any more jeopardy than it was before the bill passed. It's just a scare tactic.
4/7/2017 6:36 PM UTC · Reply

**Remash Guyah** Governor DeVos, oops, Governor Hogan, you continue to put down our schools even though we are highly rated in the US. Get over it
4/7/2017 1:17 PM UTC

**Holly Huntley** Not all schools in Maryland are highly rated. Look at Baltimore City where corruption has taken over common sense. I think what Hogan was trying to accomplish was to make the districts with failing schools more accountable and allow a take over if deemed appropriate. He wasn't targeting the already successful schools.
4/7/2017 1:48 PM UTC · Reply

**Craig Brown** Prove that.
4/7/2017 5:09 PM UTC · Reply

**Remash Guyah** It doesn't take much searching to find facts. Hogan is wrong on this
4/7/2017 6:24 PM UTC · Reply

**Mike Hickey** So Baltimore and PG county schools are highly rated?
4/7/2017 7:16 PM UTC · Reply

**Jon Piper** Apparently our schools need to spend more time on math and meme construction....$250,000,000 per year at risk, $1,000,000,000 over 5 years breaks down to $200,000,000 per year.....
4/7/2017 1:50 PM UTC

**Karen Gibson Scheffenacker** If schools failing need to look at why I don't think more money spent is always the answer.
4/7/2017 1:53 PM UTC

**Susan Frank** As a retired MD educator, I can tell you that you are so correct. Unless there is real accountability with all students learning, there will be no change irregardless of money.
4/8/2017 3:36 PM UTC · Reply

**Karen Gibson Scheffenacker** Susan Frank Yes I bet you do know & I don't know why they aren't talking to teachers sometimes I think it's about popularity & votes. Everyone with younger kids now are aware of problem of kids going to school unprepared, late, tired etc.
4/8/2017 3:39 PM UTC · Reply

**David Bilger** Only ones to really blame are the people of MD who keep electing these people into the legislature. Had the wised up and saw what was really going on, better people could get elected to make sure things are handled correctly.
4/7/2017 2:50 PM UTC

**Susan Frank** I agree, and I live in MD. However, I don't think Marylanders really care because the liberals here have their followers totally brainwashed.
4/8/2017 3:35 PM UTC · Reply

**John Hamilton** I didn't think they could go any lower than allowing felons the right to vote. But they have surpassed even that. Thank you Gov Hogan for trying to stop this nonsense.
4/7/2017 4:33 PM UTC

**Rick Parkhurst** Once again Busch and Miller put the teachers union ahead of Maryland school children.
4/7/2017 5:43 PM UTC



**Fran India** [illegible]
4/7/2017 6:36 PM UTC

**April Peugh Holland** It's time to clean house Maryland!
4/7/2017 7:09 PM UTC

> **Susan Frank** YES!
> 4/8/2017 3:36 PM UTC · Reply

> **Greg Youll** You shouldn't believe what Hogan says as he misrepresents the actual effect of the bill.
> 4/9/2017 5:23 AM UTC · Reply

> **April Peugh Holland** Well Greg, I still believe we need to clean house.
> 4/9/2017 9:24 PM UTC · Reply

**Crystal Shirley-Garcia** Nice response to the Montgomery County BOE president.
4/7/2017 9:42 PM UTC

**Greg Youll** This is good news. Here's why.
4/8/2017 2:43 AM UTC

**Charles Singer** Stop funding illegals.
4/8/2017 4:04 AM UTC

> **Susan Frank** Agree!
> 4/8/2017 3:33 PM UTC · Reply

**Joe Tebo** Katrell Smith - DOB 07/1991, ARRESTED 24 TIMES IN 5 YEARS, including 1st degree assault, 2nd degree assault and numerous drug charges. Was released on his own recognizance (no bail required) in late December. Less than a month later, he shoots and kills Angelo Wheeler after an argument. Attorney General Froshs orders to release these dirt bags on a just a promise claims another life. He and the "social justice" clan have blood on their hands. This thug should have been held without bond. But frosh doesnt give 2 shits about public safety. Neither does Miller and his clan in Annapolis. Maryland is a FREE CRIME STATE....
4/9/2017 12:04 AM UTC

**Tricia Grimes Willis** Teachers unions are not against students. Teachers unions are made of teachers who dedicate themselves to children. The union as a whole typically supports democrats that is true and that's why Hogan wants to demonize them. Moco could easily follow his calendar plan but they know that it is not what is best for teachers and students so they are standing up for them like they should. Maryland schools have been ranked in the top 3 in the nation for the past 8 years. If you want to fix schools start actually listening to teachers. And no I'm not a democrat.
4/10/2017 11:55 AM UTC

<span style="color:red">*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.</span>





**Larry Hogan**
I'm sad for the kids they are trapping in failing schools, and concerned about losing our federal education funding. This will long be remembered as a low point in Maryland's legislative history.



**Md. Lawmakers Override Gov.'s Veto On Struggling Schools Bill**
baltimore.cbslocal.com

The Maryland General Assembly has overridden Gov. Larry Hogan's veto of Maryland's blueprint for identifying and assisting struggling schools.

**⋆⋆⋆** 4/6/2017 7:52 PM UTC

418 reacted. Angry(166): Dexter Housel, Skip Markowski, Steven Benson, Ed Smith, Jean Wachter Keister, Mary Turner Klein, Sara O'Neill, George H. Miller, Holly Walker, Gina Jurak Stanley, Norah Tweit-Tvedt Tolentino, Gladys Smith Touhey, Tim Mummert, Darby Gjersvold-Gingery, Shea Alexander, Anita Sliman, Terri Crabtree, Christal Lopez, Andrea Montgomery Frazier, Angela Lee, David Anderson, Susie Wood, David Barthlow, Kevin Wilcox, Renee Deibert, Seamas Brader, Trudie Norman, Rick Denu, Dennis Renehan, Craig Williams, Mike Johnson, Kevin Zeigler, Julian Groves, Carol Blankenship, Tim Heinrich, Lindsey Robinson, Sam Thomas, Craig Lindahl-Urben, Andrew Wiseman, Melinda Owens Cox, Jennifer Joy, Nedra Reidy Hicks, TJ Weber, Jessica Brooks Hatcher, Tina Unruh Pierce, Jennifer Wilczynski Gigliotti, John Michel, Lynn Roberts Davis, David Browne, Karen Johnson, Ryan Timothy Impallaria, Maxwell Rosenthal, Sharon Pierpoint, MaryAnn Cinquegrani Sebeck, Tom DeBerry, Pam Trainor, Fay Manser Knuckey, Blythe Apple Rollert, Larry Gardner, Mary Beth Lerner Tung, Brian Morris, Carol Lassahn, Brenda Kawiecki Larsen, Tania Rosa Bindhoff Frieswyk, Joe Millward, Bob Reed, Debbie Mininger Farthing, Ann Marie Devine, Kelly Grey, William Cahill, Joe Fern, Sandy Boynton Wooten, Maura Johnson Vlachos, Kirk Lurie, Ken Marsh, Karen Breeden, Guy Long, Bob Walton, Cyndi Burton, Lana Borzova, Robert P. Morneau, Frederick Denker, Tami Jackson Mills, Susan Tully, Julio Mazariegos, Karen Harding Wakefield, Kelly Marie Harding, Alan Eccleston, Erin Kellough Murphy, Neil O'Keefe, Jason Walter, Jared Rood, Ellie Donald, Tracy Baldwin, Chris Hägglund Belliston, Kevin Reilly, Ben Bobeck, Sonia S. Blue, Ryan Derby, Malachi Burke, Joel Maldonado, Ed Plummer, Kathy Mann, Steve Naus, Vicky Olsen, Ernie Beck, Jean Churn, Eddie Shoe, Joleen Hart, Karen Coleman Gibbons-Neff, Betsy Merrell, Janean Annette Ohin, Don Keils, Betsey Hobelmann, Tina Salser Greer, Alex Troy, Jonathan Wilkus, Tyler Graham, Ingrid Windsor, Paula Mudd, Jan ABorne, Jay Miller, Randy Pertiet, Mary Lou Stevens, Tim Kronner, Thomas DeGraba, Alice Noel, Chris Angelini Elrod, Bonnie Abrashoff, Michael Drury, Ron Spriestersbach, Joe Bags, Chanda Mimaros, Deena Lawson Daman, Steve Shank, Michael Debelius, Katie Hargrove, Jade Katz, McCusker Laci, Shannon Klisiewicz, Kathleen Kirkbride Garton, Carol Green, Rob Vlk, James Waters, David Marron, Amanda Shoemaker, Sascha Wasek, Cindy Roles, Jim Proctor, Jeff Fisher, Charles Lynch, Kathy Anderson Folkes, Greg Harris, David W. Bare, Craig Yokum, Alexis Gurganious, Baldt J. Magni, Julianna VenDouern, Christian Howes, Joe Zelechowski, Catrina Diem, Susan Whitson Bagley, Joseph Crisp, Nancy Mozal, Kathy Brown, Paul Rufe, Like(145): Joshua M, Stacey Marie, Leif Neve, Mary Wiehl, Mary Beth Brennaman, Sharon Blough, Jamayca 'May' Williams, Danielle Kimberly Churchill, Leslie Moore, Lucia Kim, Janine Stasik Harrison, Glenn Bolander, Maryanna Walls, Jamie Blackwood, Krista Story Newgent, Taylor Lyles, Stephanie Tucker, Candace Martino, Paul Highbarger, Brian Dolan, John Hollywood, Jeanne Diedrich Altman, Joshua Nolet, Crystal Lynn Donohue, Deanna Might Morin, Brenda Donaldson, Richard Landon, Dave Skolnick, Angel Anderson, Colin Wilson, Brian Jacobs, Chris Groobey, Kesa Summers, Juan Diego Ceballos, Julie Brand, Lisa Henry Hubbard, Tom Sterrett, Steven Biddle, Eric Linehan, Ginger Bigelow, Pietro Aretino, Rob Davis, Poppy Pete, Tiffany Epps, Katherine Spahn Kelly, Gary Marino, Angelina Kelly, Tim Tasker, Kim McNey Welling, Michael Anne Bunting, Greg Moore, Aaron Cohen, Henry Mack III, Karen Lewael Buscemi, Lori Gillikin, Madelyn Jamie, Heather Renee, Rebecca True Ebner, Chad Smith, Austin Robinson, Al Sh, Carole Elkins Neal, Jeffrey Gilliams, Gregory DiSciullo, Patrick Whealton, Antonio Palas, Alex Hankewycz, Wendi Peters, Amrit Singh, Melissa Bolafios-Zelaya, Tom Bond, Bethany Palmisano, Janet Zimmerman, Margaret Gillich, John P. Ballard, Paula O'Connor, Matthew Howard, J.b. Bunting, Skye Regensburg, Mike Preston, Ryan Matthew, Kerry Toucey Johannsen, Francesca Kalend, Samantha Allen, Brian Noeth, Bryan Ament, Myrna Wheeler, Justin Smith, Jeff Schaufert, Candace Dillon, Leah Garner, Annette Mittleider, Kathleen Trumble, Woody Funderburk, Cathy Moen James, Jordan Kellermeyer, Daniella Ceccarelli Toomey, Caroline Foreback, Warren Barrett, Rob Zilnicki, Rachel Jessee, Barry Wood Jr., Scott Hollenbeck, Vickie Sellers, Kevin Chad, Anne Marie H. Scrivener, Karen Blake Klosterman, Kristopher Gaasch, Kim Lamphier, John Startt, Michelle Herb, Skip Hall, Jason Gilliece, Colin Smith, Debbie Meekins, Angie Downey-beswick, Conor Curran, Nathan Zolp, Jodi Brandes Slein, Lubomyr Murashchik, Scott Whitley, Brian Daly, Susie Matula, Sipit Slow, David Savick, Kimberly Coughlin, Marney Moore, Adam White, Leah Dellape Haas, Billy Adams, Mandy Knittle, Mark Bailey, Audrey Bailey, Tiffany Barron, Harry S. Brown, Luz Delgadillo, Susannah Warner Kipke, Deborah Wood, Welch Michael, Karla Trettel, Betty Chandler, Brendan Galligan, Katie Elizabeth, Michelle Buscemi, John Schmitt, Sad(91): Rachael Thornburg Lederer, Peter Collins, Dianna Harris, Lou Alberti, Carol Gilbreath Carden, Amanda Kate Pitner, Lisa Sis, Dianne Saunders, Daniel Gonsalves, April Peugh Holland, Barbara Caballero, Terri DePhillip Patterson, Laura Marie, Ty S. Godwin, Jorge Robinson, Katie Peterson, Mac Love, Beth Stolte, Kimberly Nicholls, Wanda Kim, Andrea Wood, Dawn Tapper Nee, Kathie Rooney Stapleton, Daniel Chavez, Anita Coddington, Gina Hatfield, Jim Kaidy, Kimberly Kroener Worden, Denise Madaras, Catherine Hewitt, Debbie Hardy Prematta, Crystal Ingram Miller, Linda Elben-Adams, Teresa Kampmeyer, Dan Ruffin, Maria Stanley, Elizabeth M. Foster, Laura Zollinhofer, John McKnight, Pamela Taylor, Rosemary Bunda, Andrew Wood, Elizabeth Engleman, Diane Sullins Gutowski, Jodi Lovell, Catalina Gonzalez Pineda, Squicciarini Bill, Tina Gregor, Tina Siason, Brenda Bebber Sosa, Karen Routhier, Vanessa Dubs, Bryon BK Hartzog, Jeanne Peterson Wharton, Steph Bagley, Sharon Moulton, Cristi Breanna Bruce, Randy Lohman, Bethany Sighn Ahlers, Robert N Christine Large, Lindy Marks, Terry Ann, Annelise Finkelstein, Matt Steele, Trisha Jackson, Cheryl Nethery Turner, Carole Marshall, Diana Dolan, Dawn Hite, Luisa Belanger Wayson, Christine Burke Eckrich, Rachel Villagomez, Niikole Carder Brooks, Kelly Huynh, Carol Beatty, Colleen Maguire Phebus, Melinda Hileman, Debbie Wills, Christy Dasch-Crouse, Tina Burns, Kathy McCaffrey Herberger, Geralyn Ann, Dora Jinnette Winebrenner, Devon Rose Bristow, Chana R. Weiss, Christiane Harrell, Diana Pocius, Sarah Lorra, Andrew Grogg, Art Donkersloot, Peg Frain, Caroline Day Scruggs, Wow(6): Sarah Wood Cochran, Glenn Smith, Marlene MontesTerwilliger, Mary Beach, Jess Hull, Katherine Bloom, Love(4): Thomas Minnick Jr., Lindsay IP, Randi Levy, Lisa Elprin Shaw, Haha(1): Chelsea Carr and 5 more

178 comments



**Helen B Kuhnsman** Don't you know it's all about having power over people ....and their kids? The dems in Annapolis prefer the people helpless dependent and stupid.
4/6/2017 7:55 PM UTC



**Angie Johnson Hannah** Meanwhile Sheila Dixon is still getting a fat pension.
4/6/2017 7:56 PM UTC · Reply

**Dolores Para** You got that right!
4/6/2017 8:03 PM UTC · Reply

**Diana Kemp** You mean steala dixon
4/6/2017 8:35 PM UTC · Reply



**Joe Costa** The DemoncRat's prove on this issue where their priorities are, and they are NOT in the best interest of Maryland students! What losers!
4/6/2017 8:04 PM UTC

**Leo Kelly** Just wait and see the untold Millions the state may lose because of politically motivated sanctuary BS, the Federal revenue loss hasn't even begun yet.....if/when it does happen make sure you interview those who will lose their jobs about how they feel being pushed aside in favor of foreigners, sorry off topic a little but the thread is about revenue loss.
4/6/2017 8:11 PM UTC · Reply



**Walter Weldon** Sadly enough, the Dems will continue to be voted into power in Md...it's an absolute shame!
4/6/2017 8:34 PM UTC · Reply

**Patrick Johnson** Y'all can move to a red state...
4/7/2017 12:32 PM UTC · Reply



**Ed Weigman** Patrick Johnson or ya'll can stay and make maryland great again by voting the democrats out of office.
4/7/2017 4:28 PM UTC · Reply

**Sarah Lorra** Ugh. I'm trying to think of a time (recently) when what the teachers union wanted was actually beneficial to anyone but the teachers union. Coming up blank. Quite sad. Well, thank you, Gov. Larry Hogan, for trying.
4/6/2017 8:05 PM UTC

 **Den...** ...17...Asta...official...student...Teachers...or...teachers...or...and...therefore their interests can not be to serve the best interest of students. They can not serve 2. masters especially when their interests are in opposition! Marylanders need to wake up- our students are suffering!!
4/6/2017 9:10 PM UTC · Reply

 **Allison Wilder** This is great news for Maryland's schools, students, and teachers. I'm sorry our governor is does not celebrate the incredible work of our public schools, which strengthen the state in so many ways.
4/6/2017 8:07 PM UTC

 **Justin Lewis** LOL
4/6/2017 8:11 PM UTC · Reply

 **Matthew Hornbaker** Haha you got jokes
4/6/2017 8:17 PM UTC · Reply

 **Marianne Cox Wilburn** What's the likelihood that Baltimore City Schools will ever produce another Thurgood Marshall anytime soon? Here's a hint: slim and none, and slim just rode out of town.
4/6/2017 9:03 PM UTC · Reply

 **Jason Willoughby** And with that those Baltimore kids would be worse off especially since private schools am can select students
4/6/2017 11:56 PM UTC · Reply

 **Larry Hogan** The MSDE strongly opposed and the Maryland State Board of Education voted unanimously against it.
4/7/2017 12:23 AM UTC · Reply

 **Frank Scallio** The drop out rate in Baltimore City is almost 30%. The rest of the state is less than 13%. You tell me that giving more money to Baltimore City is the answer. They get the most per student annually other than Worcester County. It is all about parenting at home and that is a fact. Baltimore City has so many chiefs and no indians that rule the roost.
4/8/2017 10:37 AM UTC · Reply

 **Tom Lippert** Once more condemned to live in the past and keeping the children subservient to the existing whims of the Legislature.
4/6/2017 8:12 PM UTC

 **Kollin Murphy** Get rid of Common Core. PLEASE save our kids.
4/6/2017 8:18 PM UTC

 **Denise Chapman Toth** Our children need to be taught the TRUTH- go back to teaching from source documents not politically correct indoctrination.
4/6/2017 9:12 PM UTC · Reply

 **Bob Martin** Now isn't that something
4/6/2017 8:23 PM UTC

 **Mike Strang** Good job, Democrats.
4/6/2017 8:31 PM UTC

 **LoRa Diaz** Get rid of common core and DEVOS
4/6/2017 8:32 PM UTC

 **Diana Kemp** Sad they vote to fund planned parenthood and vote against helping kids already born.
4/6/2017 8:34 PM UTC

 **Brian Reed** Just keep voting the same idiots in,,,, and u expect change,,,,lol. Smfh
4/6/2017 8:39 PM UTC

 **Adam White** Figures the state legislature is ruining the state of Maryland im started to really hate it here ! It's sad
4/6/2017 8:40 PM UTC

 **Marney Moore** So happy our legislators voted to support public schools and sad our governor chooses to try and shift public school money into private schools leaving public schools underfunded, understaffed and overwhelmed. As a maryland taxpayer, I support public schools. I do not want my tax money going to private schools.
4/6/2017 8:42 PM UTC

 **Len Bender** Seems your just as unaware what this bill will do as the democrats that voted for it...
4/6/2017 9:39 PM UTC · Reply

 **Marney Moore** So you are saying that the legislators with the bill right in front of them are unaware of what the bill is supposed to do? That's kinda a reach. So the legislators voted for it, governor vetoed it and then enough of them cared about it to overthrow the veto. Doesn't sound like they are unaware of what the bill was about. Just because we don't agree doesn't mean we are unaware, it means we do not agree with you.
4/6/2017 9:48 PM UTC · Reply

 **Carol Davis** Sort of like what Nancy Pelosi said about Obamacare -- You have to pass the bill in order to find out whats in it. Open your eyes, legislators do not read all the bills put in front of them. Used to go to Annapolis to advocate for my organization and what mattered most tot he legislators there was how much money you gave them. In fact, committee chairs would not even bring a bill up to committee unless you greased their palms. Doubt things have changed in the last 10 years. The "mike's need to go!!
4/7/2017 12:12 AM UTC · Reply

 **Marney Moore** Really? I went to annapolis about a month ago and had conversations with various legislators and their assistants and felt that everyone was concerned and well informed about the bills we were discussing. So you think what the teachers union is bribing legislators? Lotta legislators to overthrow a veto means alot of money. Doubtful.
4/7/2017 12:21 AM UTC · Reply

 **Larry Hogan** You seem to be very confused. I have provided record funding for public education three years in a row. The democrats in the legislature unanimously voted to give public money to private schools. MSDE, the Washington Post, Baltimore Sun all opposed this bill and the State Board of Education voted unanimously against it. It makes us one of the least accountable school systems in America. Passing it was shameful and dangerous.
4/7/2017 12:31 AM UTC · Reply

 **Janice Lepore** Larry Hogan, record funding isn't adequate funding. The Kirwan commission - the chair of which is your appointee - says the schools are underfunded to the tune of 1.9 billion. What is your plan to address that?

Maryland has fallen from the top educational slot to #5. What is your plan to address that?

Where is the public statement from MSDE against this bill? And what about the many organizations that supported it?

Finally, "one of the least accountable schools systems in America"? Do you even read these articles? One of the ones you posted said only 10 states have submitted their plans,

leaving ... the plain ... the standardized test scores ... not every single state supports this outlandish claim - it literally does not exist yet. But if we wanted to hypothesize, that same article said "most" of the ten plans submitted relied more heavily on standardized test scores than this bill allows - which means several didn't - and several additional states' draft plans also include lower reliance on standardized test score than the 65% allowed in the bill. Assuming of course that standardized test scores are what you feel merit "accountability standards." Which - again - isn't supported by the data I've seen but if you have other information I'd be glad to see it.

4/7/2017 2:36 AM UTC · Reply

 **Marney Moore** I don't think I am confused. The difference is determining a failing school between 65% to 70% with a various mix of factors and what is going to be done about it. Nowhere did I see you say figure out what is wrong with our schools and fix it. I see you wanting more charter schools to pull money away from public schools, taking tours of private schools and announcing the baltimore schools are not spending money wisely meanwhile the population of baltimore is decreasing making baltimore a challenge all the way around. You keep arguing about percentages of what makes a failing school (complicated ) meanwhile you decide when the schools have to start because it's good for the tourism industry. Excuse me? Your arguing about my kids education and decided the tourism industry is more important?

4/7/2017 2:56 AM UTC · Reply

 **Alice Noel** #DroptheMikes #MillerandBuschmsutGO These two are the worst and the rest of the Dem majority needs to go with them 30 years to build a corrupt base...TERM LIMITS ! #TermLimitsforMDLegislature

4/6/2017 8:46 PM UTC

 **Krissy Magruder Greer** Totally agree

4/6/2017 8:54 PM UTC · Reply

 **Scott Andrzejewski** Welcome to Maryland!

4/6/2017 8:48 PM UTC

 **Tammy Doring** Only when it becomes about People and not Party will be see sensible legislation.

4/6/2017 8:49 PM UTC

 **Michelle Middleton** WE ARE SAD TOO. The Dems want to keep things as they are. WE SUPPORT YOU. Don't give up fighting for the welfare of this state! :(

4/6/2017 8:50 PM UTC

 **Jan ABorne** Gotta keep the " good ol boys " club in business.

4/6/2017 8:53 PM UTC

 **Laurie Close Bjorlykke** I have just retired after teaching 30 years in MD public schools. In my opinion the " Creative Approach " is a euphemism for " Cover up and Corruption". Very sad day for education !

4/6/2017 8:53 PM UTC

 **Bob Hardee** The commies at work.

4/6/2017 8:57 PM UTC

 **Phillip Yeti Turner** I guess it'll now match the rest of this tax hungry, citizen constricting state!
Sickening

4/6/2017 8:57 PM UTC

 **Jess McClain** I have a problem with the word "failing schools". I'm a public school teacher and promise you, the educators in those "failing schools" would describe it differently.

4/6/2017 9:04 PM UTC

 **Larry Hogan** This is about ESSA, an Obama administration federal effort aimed at fixing "persistently failing schools"

4/7/2017 12:34 AM UTC · Reply

 **Janice Lepore** For heaven's sake - be honest (or accurate!) As I have posted on your page before (and anyone involved in education policy should know):

The Every Student Succeeds Act was the re-authorization bill of the Elementary and Secondary Education Act of 1965. Reauthorization is required every 5 years. Because of the obstruction in Congress the reauthorization was delayed, and ultimately Senator Lamar Alexander (R-TN) was the main author of ESSA, and was carried forward by Senator Paul Ryan.

The previous reauthorization was No Child Left Behind, which failed to raise standards and started on a path to a national curriculum. ESSA was written to move authority back to the states.

"During a keynote speech at an American Enterprise Institute event in Washington, (U.S. Sen. Lamar Alexander, the Republican co-author of ESSA) said he understands Maryland education officials' concerns about the legislators' approach.

"But my goal with this law was to return that debate and that decision right there — to the Maryland state Assembly in Annapolis," Alexander said. "They should decide how much test results should factor into their accountability system."

4/7/2017 12:25 PM UTC · Reply

 **Tricia Grimes Willis** If it is about that than why are you constantly commenting that teachers and their union do not care about children?

4/9/2017 11:29 PM UTC · Reply

 **Jess McClain** I understand very well what it is about. I'm saying that using that kind of language and labeling is part of the problem.

4/9/2017 11:40 PM UTC · Reply

 **Alice Noel** #DroptheMikes #MillerandBuschmsutGO These two are the worst and the rest of the Dem majority needs to go with them 30 years to build a corrupt base...TERM LIMITS ! #TermLimitsforMDLegislature

4/6/2017 9:06 PM UTC

 **Brent Parrott** Agreed!!! Worthless!!!

4/6/2017 9:23 PM UTC · Reply

 **Cindy Barton-Lewis** Then fix the failing schools instead of moving tax dollars to for profit private schools.

4/6/2017 9:09 PM UTC

 **Larry Hogan** This bill prohibits us from fixing failing schools.

4/7/2017 9:24 PM UTC · Reply

 **Fern Brittain** Those in the Senate and House that have been there forever need to go

4/6/2017 9:24 PM UTC

 **Anne E. Reid** no surprise. The bar is so low in this state. How many years do you want? 50, 60, where does it end? Multiple issues at all levels in public schools and administrations have their hands tied; it is difficult to impart knowledge when behavior is undisciplined, no consequences, lack of parental guidance etc. The fear: most private schools do not have to

deal with . . . . . . . . . . . . . . . . . . . . children to . . . . . . . . crackdowns . . . . . . . . . to cooperate . . . . . . . . . . . . they're asked to leave.
4/6/2017 5:11 PM UTC

 **John Sanford** That's the way it should be.
4/7/2017 2:38 AM UTC · Reply

 **Adam Guthrie** Teacher unions don't care about the children. Sad day. Vote democrats out.
4/6/2017 9:29 PM UTC

 **Mark Firla** None of them? Not even in Chicago?
4/6/2017 9:45 PM UTC · Reply

 **Tricia Scharnberger** Yea that will never happen.
4/6/2017 10:16 PM UTC · Reply

 **Steve Iannelli** Why aren't you celebrating all of the bipartisan measures that you signed into law today? You're a Republican governor in a blue state. Send a positive message about cooperation. Show the rest of country how its done.
4/6/2017 9:31 PM UTC

 **Larry Hogan** We do that every day when it is warranted. This is not a celebration.
4/7/2017 12:32 AM UTC · Reply

 **Eddie Shoe** As a lifelong blue collar democrat it makes me sick to my stomach that the Beer Brothers are leading this state down the path to self destruction. These corrupt career politicians could be the poster boys for how to ruin a constitutional republic.
4/6/2017 9:31 PM UTC

 **Kevin Chad** Our legislature will be overturned the next election, we the people are paying attention. They ARE the problem
4/6/2017 9:40 PM UTC

 **Steph Bagley** You've done your best Gov. Hogan...thank you for caring about all children of MD...in particular those children stuck in bad schools with no other options because the Democratic leaders in our state and teachers unions are more concerned with playing politics...it's quite sad.
4/6/2017 9:42 PM UTC

 **Tricia Scharnberger** Wow Stephanie did you read that off a cue card? Sounds like it.
4/6/2017 10:15 PM UTC · Reply

 **Dave Eckert** Tricia , maybe you're not use to reading intelligent posts.
4/6/2017 10:22 PM UTC · Reply

 **Steph Bagley** Tricia Scharnberger No it's reality Tricia. There are many children who are in failing schools, who are not getting the education they deserve and have no other options because the Democrats in this state care more about politics than what kind of future these children have. Many of these schools have been like this for years, nothing changes. Gov. Hogan has tried, I commend him for it. His heart is in the right place, he cares about these children and it's a shame the Democrats in the MD House & Senate don't feel they have the right to a better education. Gov. Hogan was at a Charter School in the city when he vetoed this bill...you ask those children how they feel about their school and ask their parents where they would rather their children be. Granted there are some good public schools, but too many are not.
4/6/2017 10:26 PM UTC · Reply

 **Micky J. Ferreira** What did you expect since Maryland sheep are too stupid too think for themselves!
4/6/2017 10:03 PM UTC

 **Laura Ashley Cooper** If you gave a care about public schools we wouldn't have to fight you!!!
4/6/2017 10:11 PM UTC

 **Tricia Scharnberger** How about you fix them
So they are no longer failing instead of just whining about it.
4/6/2017 10:13 PM UTC

 **Jeff Schaufert** He tried. He was overruled. Keep up
4/6/2017 10:30 PM UTC · Reply

 **Larry Hogan** The legislature just voted to prohibit improving persistently failing schools. It's not whining it is a fact.
4/7/2017 12:37 AM UTC · Reply

 **Bob Watters** Did you read the bill? SMH.
4/7/2017 12:44 AM UTC · Reply

 **Bob Watters** Sorry - that's meant for the governor.
4/7/2017 12:45 AM UTC · Reply

 **Tricia Scharnberger** Fixing them is not turning them
Into charter schools it's getting the people out that are not doing their jobs and putting in those that will
4/7/2017 1:42 AM UTC · Reply

 **Janice Lepore** They prohibited state takeover. There's no prohibition against improvement - under the bill a committed government could work with local stakeholders and provide our kids with the strong schools they all deserve. If you decide to engage with such a plan, I'll be very glad to see it.
4/7/2017 2:26 AM UTC · Reply

 **China Williams** Larry Hogan Are you sure that this is the most professional language to use with constituents? Is this you or is this a staffer? I'm just trying to understand why an elected official would want to speak to constituents in a condescending way.
4/7/2017 9:43 PM UTC · Reply

 **Julie Szymanski Lenhardt** Good heavens - that was far from unprofessional or condescending. Regardless of who is responding (although I'm fairly certain the governor doesn't spend his day responding to FB comments), the response is direct but hardly offensive.
4/8/2017 1:19 AM UTC · Reply

 **Annette Mittleider** Of course those Md. Lawmakers are those wonderful Democrats!
That party truly does not care about people. They are all about power and greed. A very corrupt organization. I don't understand how people are so blind to it. It couldn't be more obvious.
4/6/2017 10:14 PM UTC

**Helen Ankney** So the kids lose

 **Bethany Palmisano** You've got a tough road to hoe... with the political corruption in this state,.. keep slugging!
4/6/2017 10:59 PM UTC

 **Francesca Kalend** You want to privatize our school in order to enrich your billionaires buddy such as your bestie the grisly lady!!
4/6/2017 11:09 PM UTC

 **Larry Hogan** I'm sorry that you were misinformed by propaganda. Your statement is absolutely false.
4/7/2017 9:31 PM UTC · Reply

 **China Williams** Larry Hogan There are lots of ways to respond to constituents, especially if you disagree. But this is just not a respectful tone. Are you sure this is how you want to be viewed by the public?
4/7/2017 9:45 PM UTC · Reply

 **Francesca Kalend** Wow! @ Larry Hogan
It is the true! It is not a propaganda.
The truth hurts😊
4/7/2017 11:41 PM UTC · Reply

 **Linda Giuffre** If Governor Hogan's plan was implemented and failing schools became successful then the successful students would stop voting democrat. Democrats are all about the vote. And only the vote.
4/6/2017 11:20 PM UTC

 **Patricia Rowe** Maybe it will finally wake up people and cause them to vote the bullies and obstructionists out of office.
4/6/2017 11:25 PM UTC

 **Jody Stratman** Kids fail because their parents fail.
4/6/2017 11:31 PM UTC

 **Dale A. Valentine** look for the Union Thugs ruining the state.
4/6/2017 11:47 PM UTC

 **Susan Frank** IF we really cared about children, we would have put into place real accountability for ALL schools. A majority of students graduating from high school can barely read, write, or do math. Why has not one cared before this?
4/7/2017 12:08 AM UTC

 **Judy Robinson** I don't know the percentage anymore but a fair number of Univ of Md new students have to take remedial reading and math.

How does a child go through 12 grades and no one knows they can't READ!
4/7/2017 12:30 AM UTC · Reply

 **Michelle Mills** Because NO CHILD LEFT BEHIND... passing grade average is now 60% or higher they don't have to know anything to progress to the next level.
4/7/2017 2:07 AM UTC · Reply

 **Greg Hudnet** Dems did the same to our last Republican Governor.
4/7/2017 1:19 AM UTC

 **Joe Millward** Vote these power grabbing jerks out of office.
4/7/2017 1:29 AM UTC

 **Rob Reese** Keep up the fight Governor! This house still believes that trying a new approach is better than failing the same old way!
4/7/2017 1:53 AM UTC

 **Don Hinds** Our legislature is not ours, it belongs to special interests like the teachers union.
4/7/2017 2:13 AM UTC

 **Kimm Rowan** Term limits.
4/7/2017 2:26 AM UTC

 **John Sanford** Teachers unions are the problem. They are an activist bunch and all they care about is indoctrination of our children into their left wing ideology. Politics should not be allowed in schools folks.
4/7/2017 2:41 AM UTC

 **Donavin Petre** Not so low they lose the next election.
Libs have this state hook, line, and sinker, thanks to jerrymandering and 3 crooked districts
4/7/2017 2:53 AM UTC

 **Joseph Eckart** The Democrats are ruining Maryland. That's why i left. When the Republican governor wanted gaming in Maryland the Democrats avoided it. When the Democrats got the governorship back they approved gaming claiming it was to save the education and the comptroller argued it would not, yet still passed. Glad to see Hogan in charge but he needs to take a strong stance against these democrats and anyone else in that state that violate the public trust and federal laws.
4/7/2017 2:57 AM UTC

 **Tom Lester** Failing teacher's unions win the day..Sorry kids.
4/7/2017 3:29 AM UTC

 **Tricia Grimes Willis** Yes because the goal of teachers is for kids to fail...makes total sense.
4/9/2017 10:19 PM UTC · Reply

 **Tom Lester** Tenure has become more important than results.
4/9/2017 10:22 PM UTC · Reply

 **Tricia Grimes Willis** If you actually ever spoke to a teacher or volunteered in a school you would know how ridiculous that statement is. Most counties in this state barely pay teachers enough to get by. It's not the kind of job you do for the money. The amount of work is no where near worth the money. Did you read that in a headline somewhere?
4/9/2017 10:58 PM UTC · Reply

 **Tom Lester** Your addled mind doesn't know anything about my relation and volunteer work at my daughters school , which happens to be one of the finest in Anne Arundel county. Why are you so afraid of school choice? Why are you so threatened ? If you feel the money isn't enough , then maybe you shouldn't teach.Salaries are going up , but failing schools

 should... [text cut off]... be well
4/9/2017 11:06 PM UTC · Reply

 **Tricia Grimes Willis** If you look at any counties website you can see their pay scales. With the exception of a couple, most "tenured" teachers make in the low 40s and top out in the 70s or low 80s. Many counties went 6 or more years without step increases. A lot of other people with a lot less education make more than that. Sorry but this idea of teachers just being greedy and not caring about kids is just preposterous
4/9/2017 11:06 PM UTC · Reply

 **Tricia Grimes Willis** You prove my point...I do it despite the money because the kids are my number one priority. I'm not threatened at all by school choice. I'm just tired of my governor calling me a thug and blaming all that is wrong in education on teachers. When the politicians make all these, curriculum, testing, budgeting decision throw them at the teachers every few years, never asking for our professional opinions and then blame us when things go wrong.
4/9/2017 11:16 PM UTC · Reply

 **Tom Lester** Then don't vote for the DemocRATS if things are so bad.They make the decisions in this state.You appear to be a smart lovely lady, but you must be happy in your job.If the money issue keeps popping up , then do something that pays more. You obviously have talent. I left the corporate world for a job that paid less , but I love it. I hope you find happiness and satisfaction.
4/9/2017 11:23 PM UTC · Reply

 **Tricia Grimes Willis** I've never voted for a democrat. I voted for Hogan in fact. I'm in it for the kids despite what he seems to think and seems to want everybody else to think.
4/9/2017 11:39 PM UTC · Reply

 **Angie Harsh** Unless we rid our govt. in Maryland of the obstructive Democratic party it will not matter who is governor..We have a great governor that is continually being ham strung by people that do not have Maryland's best interest in any part of their agenda. We have to change this in the next election. It used to be that to have Republicans and Democrats in various parts of govt, equated to a balance of power..that is no longer the case. Democrats have clearly become obstructionists and need to go. They are all in the teacher unions pocket. The NEA is the worst thing that ever happened to good teachers and students.
4/7/2017 4:21 UTC

 **Christopher Greeley** School funding millions. A lottery that helps fund Maryland schools
4/7/2017 6:23 AM UTC

 **Rebecca Davids Martin** Like the casinos?!?
4/7/2017 3:02 PM UTC · Reply

 **Stephen Murchake** Think BEFORE you vote. There may just be a better way.
4/7/2017 10:30 AM UTC

 **Jim Kaidy** Maryland education continues to circle the drain...
4/7/2017 10:38 AM UTC

 **Laura Stanfield** Hmm well until Hogan took office we had some if the best schools in the country
4/7/2017 7:15 PM UTC · Reply

 **Jim Kaidy** A few, but democrat run government is destroying them from the inside out.
4/7/2017 7:17 PM UTC · Reply

 **Kelli Keith** Lol so fix the failing schools instead of abandoning them.
4/7/2017 11:01 AM UTC

 **Sean Berry** At least they are in favor of you aborting you your child before they have to enter our POS school system. Maybe if we put more planned parenthood in Baltimore and PG county..the failing school systems in MD would be resolved in a generation through Democratic supported genocide.
4/7/2017 11:17 AM UTC

 **Jessica Krug D'Angelo** Maybe u should look up some stats before making that comment. PG Cty has an all time high 81% graduation rate now which is above the state avg of 80%. Something is being done right in that cty considering that graduation rate in 2014 was 69%
4/7/2017 3:48 PM UTC · Reply

 **Keith O'Daniel** That's their all time high, 81%? And that's something to boast about? That means almost one in five students will not graduate high school. Yes, they are making improvements in Prince George's, but the job is nowhere close to done. If you believe an 81% graduation rate is acceptable you are probably part of the problem. If you accept mediocrity then that's what you will receive.
4/7/2017 8:45 PM UTC · Reply

 **Sean Berry** Jessica Krug D'Angelo 2015 rates for PUBLIC schools in PG was 78.2%, state wide it was 87.8% (Washington Post). They rank in the bottom 3 (SURPRISE, BALTIMORE is at the bottom. Biggest school budget of the state, worst in the state rankings).
4/7/2017 9:09 PM UTC · Reply

 **Jessica Krug D'Angelo** Keith Daniel I graduated from PG and it makes me mad when people make assumptions about the school system. The schools are totally to blame...parents are mostly to blame in these districts...and yes 81% is something to boast about when it was 68% only a few yrs earlier. It's called improvement.
4/7/2017 11:28 PM UTC · Reply

 **Sean Berry** Ill agree parents or lack of parents are the MAJOR issue. But when you have a teachers union that fights to keep poor performing teachers in a job, when they fight to strip the state of its ability to improve a poor performing school, then you have an issue. When you have people like Boss Hogg Senator Thomas V. Mike Miller Jr. who is more interested in his own self importance than the people of the state, you end up like this...
4/8/2017 12:43 AM UTC · Reply

 **Becca Steiner** It's your job to make sure that those schools are NOT TRAPS! What a horrible thing to say and ALLOW of the public schools in your own state. DO SOMETHING! BE BETTER
4/7/2017 11:39 AM UTC

 **Rebecca Dubiel** He's not a dictator. It takes our lawmakers to agree with him. And yes many of our schools are traps.
4/7/2017 1:03 PM UTC · Reply

 **Sean Berry** Rebecca Dubiel your entire page is filled with hate and rage... you should seek treatment.
4/7/2017 9:11 PM UTC · Reply

 **Larry Hogan** This bill takes away our ability to improve persistently failing schools.
4/7/2017 9:29 PM UTC · Reply

**China Williams** Larry Hogan Could you please provide me information for this statement? It would help us understand why you vetoed the bill.
4/7/2017 9:46 PM UTC · Reply

  **Sandra** *[name obscured]*
4/7/2017 12:19 PM UTC

**Sharon Harper** This is why I'll got without to keep my child in a private school. Quite frankly, I'm not willing to jeopardize another child in the failing MCPS system. Had one there, pulled her out to homeschool because of extensive bullying by students and teachers.

So the best thing you can do is make sure we get some tax breaks for the education expenses we are incurring instead of letting our children become puppets for the school teachers union.
4/7/2017 12:30 PM UTC

 **Shanon Sullivan Polanco Pena** Too bad the teachers in private schools do not have the training and passion as the public schools. You would think since you are paying so much they have to be qualified, but they don't. This is a good decision for MD.
4/7/2017 1:35 PM UTC · Reply

 **Cathy Marlowe Parker** Shanon Sullivan Polanco Pena This has not been my experience. Education qualifications do not equate to passion and solid teaching strategies. I have worked in both settings. I find that the public-school teachers are drained and suffocating under the amount of documentation. I have found that private school teachers have more optimism and time to address concerns for their smaller number of students. I have also found that the private school teachers are much better supported by their school's administration.
4/7/2017 2:38 PM UTC · Reply

 **Sharon Harper** Wow bitter much? Bet you belong to a union.
4/7/2017 3:14 PM UTC · Reply

 **Carol Schroyer Beall** ☺
4/7/2017 12:35 PM UTC

 **Jim Gerkin** When enough people homeschool or move maybe the idiots in Annapolis will get a clue. But I doubt it....
4/7/2017 12:48 PM UTC

 **Remash Guyah** Very nasty rhetoric Hogan DeVos. Very nasty
4/7/2017 1:24 PM UTC

 **Larry Hogan** Saying I'm sad for the kids isn't exactly nasty. Your comment however is.
4/7/2017 9:34 PM UTC · Reply

 **Tricia Grimes Willis** Constantly implying that teachers don't care about kids is sad. Do you ever talk to teachers about education?
4/9/2017 10:13 PM UTC · Reply

 **Remash Guyah** Hogan, I voted for you and I admire many things about you, especially for standing up for MDs environment by banning fracking. Yet, you have a nasty attitude. That lost you my vote.
4/9/2017 10:15 PM UTC · Reply

 **Remash Guyah** On another, my 5 year old's teacher is caring, hard working and puts in more hours than she is paid for just for the sake of the kids.
4/9/2017 10:30 PM UTC · Reply

 **Nedra Reidy Hicks** Voters in MD are ignorant..Vote party lines will get you no where..Mr Berry..your solution is to KILL the children then there would be no reason for education ??? How evil..JMO
4/7/2017 1:58 PM UTC

 **Cathy Marlowe Parker** VOTE THEM OUT!
4/7/2017 2:33 PM UTC

 **Steven Biddle** Governor Hogan keep your head up and continue on your quest. You can't fix stupid unfortunately. It's a shame
4/7/2017 3:09 PM UTC

 **Carolyn Jorgensen Fewster** Of course they did, idiots
4/7/2017 4:05 PM UTC

 **Linda Rosatelli** When will those idiots wake up. I feel for you. You have great ideas for Maryland. Hope the others wake up before it's too late.
4/7/2017 4:12 PM UTC

 **Holly Martin** did you really expect anything less from these fools MD democraps legislature..i know change in gov takes a long time. we have Gov Hogan..thank God. We need to change the MD legislature..but until the citizens start paying attention to what the democrap is voting on, nothing will change.clear the swamp in Annapolis.
4/7/2017 4:34 PM UTC

 **Ed Weigman** Interestingly, the quality of Maryland public schools has always seemed to be complained about thoughout the previous decades and everyone seems to be the problem except the person doing the complaining.
4/7/2017 4:42 PM UTC

 **Cheryl Walker DeFelice** What is the sense of having a republican gov when the libs in Annapolis can override his vetoes???? Wake up maryland
4/7/2017 5:28 PM UTC

 **Kimberly Nicholls** That is why my daughter is in private school. She WILL be held to higher academic standards.
4/7/2017 5:40 PM UTC

 **Albert Jones** The dems must be made to pay the price for this. It is more then time to turn maryland red as a ripe apple. Vote against every dem all the time.
4/7/2017 9:13 PM UTC

 **Julie Sylvester** Ok , did I read this right, no money for schools but money for the abortion group?
4/8/2017 12:26 AM UTC

 **Laura L. Alvarez** How about making undocumented immigrants pay out of state tuition for ALL schooling that their children get. UNLESS they can prove that they have filed and paid income tax. That should improve the budgets.
4/8/2017 1:06 AM UTC

 **Dianna Harris** I'm sorry for all children of this state.
4/8/2017 11:24 AM UTC

 **Patricia Carper** Maryland legislators are horrible! How is it that the entire state is at the mercy of two jacka$$es running the legislature. Does no one else have a voice! Larry Hogan is an

 awesome [...] Keep [...] the [...] government [...] We all know the medias not reporting it!
4/8/2017 3:43 PM UTC

 **Nancy Craun** #\$! \$/% democrated
4/8/2017 5:36 PM UTC

**Stacey Marie** Hyperbolic much?
4/8/2017 6:01 PM UTC

**Judy Rodriguez**



4/9/2017 11:37 AM UTC

 **Judy Rodriguez** Democrats have destroyed Maryland. Nothing they do surprises me.
4/9/2017 11:37 AM UTC

 **CaroleSue Lefler Black** Simple solution--vote them out!! The people have the power but maybe not the sense.
4/9/2017 7:58 PM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.



**Larry Hogan**

The "Protect Our Schools Act" would weaken accountability standards for Maryland public schools, risk federal funding for K-12 education, and trap thousands of children in failing schools. Instead of racing to the top, we would be trapped in a race to the bottom. This bill would make us one of the least accountable school systems in the United States of America.

Too many children continue to be stuck in schools that are consistently failing them, year after year. So today, I signed a veto rejecting this legislation, and sent it back to the General Assembly.

I am calling on all members of the legislature, from both sides of the aisle, to do the right thing for our kids and sustain this veto. You can help. Call your legislators and urge them to do the right thing for Maryland students => bit.ly/MDLEGCONTACT



Length
00:58



★★★ 4/5/2017 10:04 PM UTC

73 reacted: Like(62): Todd Offutt, Bob Walton, Joanne Ferreira Talbot, Mark Counselman, Jo Ann Talbot, Joe Paradise, Skip Markowski, Debbie Snyder, Tammy Doring, Barbara Burgess, Barbara Wagner, Corinne Knazik, Mike Preston, Steven Burton, Dexter Housel, Mathew Palmer, Karen Blake Klosterman, Rich Mallory, Linda Bynaker Anderson, Kate Jordan, Sharon Moulton, Alison Tavik, Sally Mccolgan, Randy Pullman, Sharon Hazel Johnson, William Cahill, Suzanne Blackburn, Nathan Zolp, Lindy Whetzel, Tyler Argubright, Rita Crawford, Nancy O'Connell Mellin, Nedra Reidy Hicks, Antonio Palas, Diana Semelsberger, Joanne Eve, Eileen McGovern Crowley, Maria Rossi, Frederick Denker, Bob Martin, Forrest Ewing, Diana Murphy McColgan, Carol Beatty, William Barrell, Carolyn Jorgensen Fewster, Pete Hicks, Kellie Patton, Amrit Singh, Mike Johnson, Chris Kendall, James Brandner, Tony Robey, Squicciarini Bill, Dana Peace Brown, Dave Robles, Poppy Pete, Kristopher Gaasch, Sonia Mangum, Anne E. Reid, Stacie Vaszil, Patrick Mullan, Brian Dolan, Angry(5): Joleen Morrow, Elissa Loeb Waldman, Riki Conrey, Courtnay Oatts, Laura Ashley Cooper, Love(4): Bonnie Ann, Luisa Belanger Wayson, Carol Dunn, Helen Ankney, Wow(1): Linda Stanley Brown and 1 more

29 comments

 **Allison Chetney Heintz** The right thing for Maryland students would be to override this veto. The Protect Our Schools Act gives local communities more control over schools - the factors by which they are rated and how failing schools are dealt with. It reduces the impact of standardized testing. It also keeps public money in public schools, instead of in voucher programs that have been proven not to work (and that create greater inequality in schooling). I know I'm going to urge my legislators to override this veto, and I hope others will join me.
4/5/2017 10:08 PM UTC

 **Randy Pullman** Go to hell
4/6/2017 11:07 AM UTC · Reply

 **Remash Guyah** Randy Pullman you are a nasty person
4/6/2017 12:07 PM UTC · Reply

 **Karen Gibson Scheffenacker** I don't think these failing schools are just because of funding I think its more about how much the parents are helping them.
4/5/2017 11:26 PM UTC

 **Bonnie Ann** Actually it's more about how many union thugs work in them
4/6/2017 3:17 PM UTC · Reply

 **Michael Harris** I absolutely agree. Children need support at home. Most teachers are good, hard working, compassionate, caring, and intelligent people. It sickens me to see so many ignorant people with such tunnel vision that they can't see the whole problem.
4/7/2017 2:07 AM UTC · Reply

 **Janice Lepore** 20 posts on this bill without ever once articulating your own plan or explaining the benefits of the current state draft plan. I'm disappointed in your lack of leadership. I have contacted my legislators and urged them to over-ride this shortsighted veto.
4/5/2017 11:37 PM UTC

 **David Helfman** Tell the truth, governor. This law actually strengthens accountability. It includes 2/3 test-based student outcomes and 1/3 accountability for non-assessment factors, like school climate, access to high-quality teachers, availability of advanced or IB courses, etc. When evaluating the schools don't just measure test scores; also make sure that the opportunities are provided to students in those schools!
4/5/2017 11:39 PM UTC

 **Lesley Handy** No, you're dead wrong. The answer to failing schools is NOT to funnel MY tax dollars to private institutions. 90% of people who benefit from vouchers are already in the private system.

Give us a plan outlining HOW you plan on holding private schools accountable & not simply for profit. Give us a plan outlining WHERE my tax dollars will go.

Then we can talk.

DeVos is unqualified & your appearance of supporting her is deeply disturbing Governor.
4/5/2017 11:48 PM UTC

 **Nancy Bauman Cristiano** Agreed. I don't want my tax dollars to be used for private schools that might push a religious agenda, but I'm not dismissing them out of hand. We need greater transparency overall.
4/6/2017 12:36 PM UTC · Reply

 **Lesley Handy** Absolutely. There is a place for private institutions, but how will they be held accountable?
4/6/2017 12:40 PM UTC · Reply

 **Alice Noel** #LoveOurGov Thank you Governor Hogan for supporting those who were robbed of their voice in Annapolis for so long. Make the necessary changes and get Maryland back on track. We need to raise standards and expectations for our children and get rid of the participation trophy mentality. Teach our kids to navigate life successfully, even through difficulties and pressures that can arise. Politically correct needs to go by the wayside when the future success of our children and our State is at stake.
4/6/2017 12:20 AM UTC

 **Shawn Edwards** Governor Hogan can you please do something about Baltimore County Executive he has lost his mind.pls help
4/6/2017 1:43 AM UTC

 **Kati Thomas** Thankful that there are enough votes in the house and senate to override your veto. You need to actually listen to public school teachers and administrators who work in the neediest schools. Your veto of this legislation is an embarrassment. Maryland has been a top performing school district, but we need to insure equity of resources for all students in Maryland and we need to fully fund the public school programs that have been proven to work. Funneling public funds to private charter and private parochial schools is NOT a solution.
4/6/2017 2:16 AM UTC

**Susan Jones** We must support school choice.... public, private and charter schools.

 4/6/2017

 **Mike Strang** Liberals care more about Illegals and criminals than Americans, the law abiding, and the future of children.
4/6/2017 10:45 AM UTC

 **Remash Guyah** It appears you attended a failing school.
4/6/2017 12:12 PM UTC · Reply

 **Mike Strang** How did you come to that conclusion? Is it because facts don't matter? Look at every single instance where the liberal left in Maryland has thrown away common sense solely due to political beliefs? It happens all the time. Maybe your misunderstanding of my comment is due to the fact that your reading and comprehension skills are not up to par. I guess they don't teach that at ITT Tech. Funny how liberals like yourself jump right to insults instead of forming an educated response. I wonder which elementary school you failed out of. 🙂
4/6/2017 12:19 PM UTC · Reply

 **Nancy Bauman Cristiano** Mike, did you not notice that you instigated the insults?
4/6/2017 12:38 PM UTC · Reply

 **Mike Strang** Instigated by stating a fact? Facts aren't insults. If you're insulted by a fact, it's most likely because it's true. I actually graduated with a 4.1. Now let the man defend his pathetic attempt at an insult. He doesn't need you to do it for him.
4/6/2017 12:41 PM UTC · Reply

 **Randy Pullman** Bravo Governor! Start consolidation of schools and kick the lazy teachers to the curb. BTW April 27th is around the corner.
4/6/2017 11:08 AM UTC

 **Bonnie Leichtweis** I'm with Governor Hogan.
4/6/2017 11:39 AM UTC

 **Free Speech and Facts** Respectfully, I support the Act.
4/6/2017 12:24 PM UTC

  **Bonnie Ann** Thank you Gov Hogan for caring about children. I assure you the thugs at msea and the other local unions running our system do not. I'd love to tell you my story about being attacked by a so called caring system for trying to get simple help and simple no cost accommodations and a tiny bit of communication for my sick child. Schools vary greatly in quality even in counties like carroll. The sicko uncaring schools need to be held accountable and stop being run by thugs
4/6/2017 3:21 PM UTC

 **Fred Ehrlich** Please stop bailing out bmore city with our hard earned money. Wheres that md income tax relief?
4/6/2017 3:38 PM UTC

 **Keva Tillman Moore** How much money did Devos give you Hogan?
4/7/2017 3:03 PM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.



**Larry Hogan**
"The state board of education developed a draft policy after dozens of meetings with stakeholders, surveys, committee hearings and other efforts to gather and evaluate input, and it planned at least two more drafts before submitting its proposal to the federal government this summer. The legislature is seeking to override that, in part by assigning less weight to achievement measures than the board proposed..."

http://www.baltimoresun.com/news/opinion/editorial/bs-ed-essa-bill-20170329-story.html



**Change Maryland**
Larry Hogan shared Change Maryland's photo.

4/2/2017 12:00 PM UTC

3 tags: Larry Hogan, Change Maryland, 1677747012250455

73 reacted: Like(71): Zach Panneton, Edwin C. Brown III, David Capps, JJ Rathnam, Bob Kahler, Dexter Housel, Barbara Stokowski Florian, Ann Zimmerman, Robert Shuman, Maddie McCarthy, Arnold Grubel, Carolyn Jorgensen Fewster, Mary Jo Isennock, Ann Cassilly Lyons, Jim Myers, Crystal Lynn Donohue, John Robb, Karen Vose Squires, Danny Geehreng, Mary McSweeney Lanese, Rocky Brio, Mark Meyerer, Frederick Denker, Mary Benedict Jennings, Nathan Zolp, Mathew Palmer, Kandie Branch, Kevin Wilcox, Robert W Myers, Terry Thompson, Amrit Singh, John Harman, Nancy Buyarski Dunn, Cara Visconti, Sibyl Faus, Elizabeth Ellen, Michael Algeo, Bob Martin, Nick Gardiner, Chanda Mimaros, Dolores Para, Don Krempel, Daniella Ceccarelli Toomey, Huong Ngo, Michael Paul Gentry, Peggy Parker, Kristopher Gaasch, Ruth Beitzel, Sandra Watts, Peter Nyce, Ellen Stanton Hendershot, Brian Barnhill, Chris Peacher, Brian Dolan, Scott Houghton, Robert Butcher, Anna Drzewicki Voight, Mike Hickey, Michael Cerrito, Allison Jenkins Rucker, Anthony May, Maria Yamamoto Bolshaw, Laurie Close Bjorlykke, Rita Crawford, Chuck Snyder, Pat Brown-Kearns, Scott Owens, Alex Estill, Jason Smith, Dennis Renehan, Brian P. Rice and 2 more

10 comments

 **Allison Chetney Heintz** It's only assigning less weight to a single achievement measure - standardized testing- while adding new achievement measures.
4/2/2017 12:51 PM UTC

 **Janice Lepore** The Board proposed relying on testing scores for 70-80% of the measure. Many parents, teachers, and administrators would find that judgment questionable; however, if you believe it is a reasonable decision I would appreciate hearing your thinking and explanation for the current draft plan.

By my count this is your 16th post on this issue in a week, and at no point have you offered your own logic, position, or argument. Every post has been criticism of the bill, often couched in misleading or selective quotes - even of your own statements.

I believe Jeb Bush's statement on the current state of federal matters is also relevant here:

"Being against what the other guys are for is not a sustainable political position," he said. "It can work in the short term as we've seen, but in the longterm, people want to see results."

Over the course of the past several years, the state of education in Maryland has slipped. We need forward thinking leadership, and better results.
4/2/2017 1:50 PM UTC

 **Judy Robinson** I do not understand the acrimony over testing. How do you define what a child is learning. We had constant pop quizzes in my era. Union hysteria!
4/2/2017 9:30 PM UTC · Reply

 **Janice Lepore** I had teacher set testing, also, Judy, as well as standardized tests regularly. I don't object to either of those if used properly, but my problem is the tests are not being used/interpreted properly, and as a result the decisions that are being made based on the results are flawed.

For example, the tests the Board wants to rely on, are described this way by the publisher: "It provides better information for teachers and parents to identify where a student needs help, or is excelling, so they are able to enhance instruction to meet individual student needs."

So they were designed to tell us something about the individual student's progress. This is great, as long as it is used that way. But what has happened since NCLB and what our current State Board draft plan seems to plan to continue doing, is to use the scores as an overall measure of school/teacher quality. That's a leap beyond what the tests were designed to do, and so it introduces more error into the decision making.

As a parallel, imagine you gave a student a test of math skills, and then used that to develop your ideas about their science abilities. The two things may be related, and the one piece of information may be useful, but it wouldn't be sufficient for the decision that you're making.

Partly as a result of this misapplication of testing, we have pulled in other tests, in an attempt to get "better" data. So kids are spending far more time "testing" then either you or I did. The standardized tests are all in addition to the tests you and I took.

Plus, the tests themselves are developed nationally, so they may or may not reflect what our state, our district, or our school/teachers are valuing in education, or they may be on a different timeline. As a result, kids can look unsuccessful on national tests simply because their local district is teaching the curriculum in a different sequence.

What we really need to do is be looking at a wider variety of factors beyond just test scores, and including local decisionmakers in the process. This is what ESSA was intended to do. Testing is one, but only one, useful piece of information, and it must be used appropriately, and while acknowledging its limitations.
4/2/2017 10:09 PM UTC · Reply

 **Catherine Rudd** There will still be tests in schools. Teachers will still be assessing student learning. There still will be standardized tests. This just lessens the importance of standardized tests mandated by people who have never been in a public school classroom and allow teachers to teach (and assess!) their curriculum.
4/3/2017 1:55 AM UTC · Reply

 **Delwar Sayed** Tests are needed not to evaluate students but to evaluate schools. Tests show that our students aren't taught at all. These tests are easy for foreign students.
*** 4/3/2017 10:11 PM UTC · Reply

 **Janice Lepore** You have made that statement before, Delwar, but I haven't seen your source cited yet. If you would share that, I would be interested. There is abundant data to suggest that our students are performing well internationally when they are well supported and well funded.

I agree that school quality needs to be evaluated - as a matter of fact, the data on school vouchers and charter school strongly indicate that when schools are not carefully evaluated and well-regulated they fail students - the specific tests we are using do not accomplish that task. Certainly, there are measures of organizational quality that we could apply, but in this case we are using student achievement as a measure of school quality. There are simply too many other factors that would affect a student's achievement overall, never mind a student's performance on a test on a given day, for that to be an accurate measurement. Pretending otherwise is poor statistical practice, poor measurement, and does a disservice to our teachers, our students, and our society.
4/3/2017 10:32 PM UTC · Reply

 **Huong Ngo** Like. Reply
4/2/2017 1:56 PM UTC

**Rachel Ashbrook** Children's intellect cannot solely be measured by test scores and neither can a schools success. By evaluating a school by a variety of measures you gain a more wholistic and transparent picture of what is happening inside of a school.
4/2/2017 1:58 PM UTC

**Bob Kahler** Appears it's BELOW Zero in Hell, today.......................................................
4/3/2017 3:11 PM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.

" ...We should leave the decision in the hands of an independent school board.
**We support Governor Hogan's veto.**"



THE BALTIMORE SUN



**Larry Hogan**

"State education leaders are infuriated by the General Assembly's passage of legislation that would diminish their role in deciding how schools are held accountable over the next 15 years."

Members of the Maryland State Board of Education see the measure, which would forbid the state from using charter schools and vouchers to fix failing schools, as a power grab by the legislature.

Gov. Larry Hogan has said he will veto the bill. State education officials are hoping to prevent a veto override.

The legislation also would set a cap on how much weight standardized test scores and other performance measures would be given in school rankings. Such education policy decisions have traditionally been left to the state school board.

'We believe it infringes on the ability of the state board to make key education policy decisions independently and outside of politics,' said Andrew Smarick, the board president. The board has written two sharply worded letters of opposition to the legislature...

'These bills, if enacted, could damage the educational prospects of Maryland's children, especially the neediest among them, and dim the State's longstanding national reputation as a forward-looking education leader, especially in the area of accountability,' the state board wrote in a letter to the legislature March 24...

The other controversial portion of the legislation mandates that academic factors account for only 65 percent of the formula that determines whether a school is meeting standards. Those measurements are expected to include test scores, yearly academic gains by students, and high school graduation rates.

Of about 10 states that have currently submitted plans to the federal government, Maryland's would have the weakest academic standards. Most other states have designated 75 percent as a minimum for academic factors, said Daria Hall, head of communications for The Education Trust, a Washington-based nonprofit.'

 

**State education officials oppose Assembly's bid to curb their power over failing schools**
baltimoresun.com
State education leaders are infuriated by the passage of legislation they see as a power grab by the General Assembly that will diminish their role in deciding how schools are held accountable over the next 15 years.

 **•••** 4/1/2017 6:06 PM UTC

39 reacted: (Like(34): Geoffrey Henry, Dexter Housel, Erika Dawkins, Rob Vlk, Frederick Denker, Mike Hickey, Robert Drozd, Huong Ngo, Todd Fare, Bruce Thomas, Baldr J. Magni, Amrit Singh, Aaron Jones, Bernard Thomas, Nathan Zolp, Meghan Kostkowski, Chanda Mimaros, Raymond Eckhart, Mickey Lowman, Natalie McAndrew, Carl Born, Betty Sollenberger, Mary Benedict Jennings, Gregg Williams, Donald Mulrine, Tom Phillips, John Goucher, Robert Butcher, JoAnne Milbourn, Bob Martin, Bethany Siglin Ahlers, Charles Erick Rakotomalala, Kristopher Gaasch, John Barnes, Angry(1): James Garvin, Wow(1): Nancy Buyarski Dunn, Haha(1): Greg Lines and 2 more

**35 comments**

 **Allison Chetney Heintz** This is not a "power grab" by the general assembly; that would imply that the general assembly would be gaining control over these educational decisions. Instead, that power is being given to local boards of education and the communities in which these schools reside. It does give less power to the State Board of Education, but in a positive way. Also, let's be clear - the State Board of Education members are appointed by the governor.
4/1/2017 8:52 PM UTC

 **Greg Lines** Larry yet again hides the truth in favor of scare tactics.
4/2/2017 2:47 AM UTC · Reply

 **Nicholas Guevara** "Many members of the state school board were appointed by Hogan; and some, including Smarick, are more supportive of a conservative school agenda. But even some of the more liberal-leaning members of the board, including holdovers of former Gov. Martin O'Malley, have opposed the legislation."

It is all in the article if you bothered reading more than just the title and throwing around accusations.

This is plain and simple party politics without thought of what is best for the state as a whole. Charter schools and vouchers have been shown to work, but it is about power not education.
4/2/2017 3:15 AM UTC · Reply

 **Will Keller** What exactly is he hiding?
4/2/2017 6:16 AM UTC · Reply

 **Alstro Marie** Any law that prohibits school choice is a power grab.
4/2/2017 12:33 PM UTC · Reply

 **Amy Kallenberger** This is stupid! He said the bill makes it that far it will be vetoed! So it doesn't matter what aspect of this you want to debate it's not happening
4/2/2017 8:38 PM UTC · Reply

 **Jonathan Wilkus** Was ready to homeschool years ago. 🍴 buh bye failing education system. Public education has been failing since 1940's / 1950's. They even teach this to family studies majors. Yet nothing being done.
4/2/2017 2:01 AM UTC

 **Betsy Frohlich** Yeah it is, worthless testing, crap curriculums, diverting tax money to privatization of schools.

It's the republican way.
4/2/2017 6:01 AM UTC · Reply

 **Amy Kallenberger** Did you read that part that this will be vetoed?? This is the media getting you upset over something that isn't going to happen. Hogan isn't going to sign it.
4/2/2017 8:39 PM UTC · Reply

 **Brendan Maltese** He didn't have to sign it. It passed with enough support to overturn the veto.
4/3/2017 12:36 AM UTC · Reply

 **Tricia Scharnberger** I am against charter schools and I am against so much emphasis being put in test scores so I guess I am in favor of the bill, sorry Larry.
4/2/2017 6:07 AM UTC

**Will Keller** Why are you against charter schools?
4/2/2017 6:15 AM UTC · Reply

 **Tricia** [...] funding because if they pull the funding support then they have enough money for students with special needs and those that are private have had a lot of trouble with the heads misappropriating funds. Most of the schools DeVos has had a hand in in her state have failed or are under achieving.
4/2/2017 1:13 PM UTC · Reply

 **Alstro Marie** Like the public system has done such a great job. Parents want choice. This all about power at the expense of our kids. Giving parents a choice is a terrifying prospect for the teachers union which funnels tunes of money to the dnc to keep the Democrats in power. It is time for.change.
4/2/2017 1:49 PM UTC · Reply

 **Janice Lepore** The bill would still allow charter schools and other options (which have various evidence that they work/don't work - the most effective ones seem to still have a close accountability measures and regulatory systems). But it requires that those choices be made jointly with local stakeholders (like parents) and prohibits unilateral state action.
4/2/2017 4:12 PM UTC · Reply

 **Amy Kallenberger** It doesn't matter Logan said the Bill will be vetoed if it makes it to his desk. Did you guys actually read it
4/2/2017 8:40 PM UTC · Reply

 **Tricia Scharnberger** I've also heard of parents having to basically sign their rights away as to how their children are educated. And stop generalizing with teachers. There are some amazing teachers out there that truly care about their students.
4/3/2017 1:26 PM UTC · Reply

 **Will Keller** Who does the State Board of Education answer to?
4/2/2017 6:14 AM UTC

 **Sharon Hazel Johnson** Good question.
4/2/2017 6:42 AM UTC · Reply

 **Alstro Marie** The Maryland school system is a joke. My kids are in the edgewood school system in Harford County. At their school edgewood Middle they experience 3 to 4 fights per week. Lockdowns are a regular occurrence. Disruptions in the classroom by students are everyday. They even have two resource officers now. It is nothing to see numerous police cars at the school. The violence is off the charts. Several weeks ago I was at the school for a scheduled meeting with one of the administrators about the bullying that was going on, and she could not even finish out meeting because several incidents occured that she had to handle. As I left the school two additional police units were at the school dealing with something that had occured. If this is Harford County, I cannot even imagine the city. The teachers do give out homework, but it does not matter if kids get it right or wrong. They say grading homework is unfair to kids who dont have help at home. They have now 6 assistant vice principals and still cannot maintain order. No, it is not a typo, they have 6 high salaried assistant vice principals. When kids have been assualted  by other students, which is up to 7 times this year alone, most of the time I find out from my son. No one from school calls. I have to call them. As a parent who pays over $25,000 per year in health insurance, I am trapped in this school. I am sure others are in the same position. It is infuriating. I hope you veto it big!
4/2/2017 12:21 PM UTC · Reply

 **Tricia Grimes Willis** So is the kids acting that way the schools fault? Sounds like a parenting/society issue. The school can't do much on discipline without being sued.
4/2/2017 1:32 PM UTC · Reply

 **Alstro Marie** Tricia Grimes Willis. You are correct...to a point...students who want to learn should not be forced into a school system that is more concerned about political correctness then it is about educating our kids. Period.
4/2/2017 1:37 PM UTC · Reply

 **Tricia Grimes Willis** We'll see how it goes. All parents think it's not their child that is the problem and I guess they will all have the choice to send them wherever. Hopefully it works out. I don't think charter schools are going to be the miracle everyone thinks they will be. The research doesn't show that they are.
4/2/2017 3:52 PM UTC · Reply

 **Clyde Harding** Sounds like the school has a student problem caused by bad parents. Maybe you should move to a better school district?
4/2/2017 4:09 PM UTC · Reply

 **Alstro Marie** "All parent think their kids are not the problem"...so my son sits in a classroom every single.day where kids like him want learn but are hampered by kids telling the teacher to "f" off every other minute. Kids who play on their phones and ignore the instructions. Last week, the teacher left his classroom because of fighting in the hall. Guess what happened? A kid started a fight in the classroom that resulted in a desk and chair being thrown across the room. The problem is half the student body should be in reform school. But the system makes excuse after excuse for them all at expense of my child. And other children like him, who have never cut class, never had a referral, and have been suspended are not the problem So, your comment ignores the reality that my kids are living. You send your kids to public school all you want, that is your choice. Parents should be given a choice.
4/2/2017 4:19 PM UTC · Reply

 **Alstro Marie** Clyde Harding As I said, we pay $25,000 per year for insurance . Once that is paid, there is no money to move.
4/2/2017 4:22 PM UTC · Reply

 **Tricia Grimes Willis** I just mean the parents of those kids who are doing the fighting, cussing, etc. probably think their kids are angels who are just being picked on so given the choice they may choose to send their kid to the same school you choose to send yours and so nothing is solved. The real problem is not fixed.
4/2/2017 5:06 PM UTC · Reply

 **Tricia Grimes Willis** Either way I do hope you can get your son into a better situation.
4/2/2017 5:11 PM UTC · Reply

 **Alstro Marie** Private schools are accountable to the parents who pay the bill. Public schools are accountable to the system. Children who misbehave are noy tolerated in a private school setting. School vouchers are the only hope for many kids who are trapped in these hostile school environments.
4/2/2017 5:55 PM UTC · Reply

 **Tricia Grimes Willis** But then you won't be paying the bill. Taxpayers will be paying the bill so that may make it more difficult for a private school to kick out a student who is misbehaving. Or it may not we'll just have to wait and see.
4/2/2017 8:44 PM UTC · Reply

 **Alstro Marie** School choice cannot come fast enough!!!
4/2/2017 12:23 PM UTC

 **William Willis** We can;t have any accountability in the school system now can we?
4/2/2017 12:33 PM UTC

 **Matthew Pharr** It's funny how none of those equations have anything to do with each other. First, you have a condensed proof for Euler's identity, then the integral of a logarithm (with incorrect notation mind you) and the evaluation of a factorial.
4/2/2017 2:13 PM UTC

 **Matthew Pharr** Anyways, as a student, I can't help but agree with the cap on standardized test weighting. Teaching to the test is a disease that has been plaguing our schools for every single year I have been a student: when standardized tests dictate so many aspects of how the school functions, you start learning how to pass the test to make your school look better instead of learning the actual material that will benefit you as you move towards a job or higher education.
4/2/2017 2:17 PM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted or that Facebook has no longer provided it.



**Larry Hogan**
"During a one-on-one interview with 47ABC on Friday, Governor Hogan said the act which carries two major pieces of educational measures, ought to be called the 'Protect Our Failing Schools Act'.

'It's one of the worst things that I ever seen happen in the legislature,' says Governor Hogan. 'We're going to trap kids in persistently failing schools. We won't be able to make any of the improvements.'

Part of the proposed legislation would set a standard on how school success is measured. It would use a combination of test scores, along with other factors like school climate surveys, absentee rates and opportunities to enroll in advanced placement classes...

Hogan also claims the state could lose up to 1.25 billion dollars over the next five years. He says that's because under the act, Maryland would be failing to comply with federal regulations to address failing schools."

**Hogan on schools act: "It's one of the worst things that I ever seen happen in the legislature."**
wmdt.com

There are less than two weeks until the 437th General Assembly in Maryland comes to a close.

4/1/2017 3:00 PM UTC

71 reacted: Like(65): Emmanuel Koranteng, Dexter Housel, John J Toft Sr., Vickie Bright, Huong Ngo, Dennis Renehan, Melinda Pearson Bedard, Nailya Muganlinskaya, Sharon Collins, Erlinda Lopez-Newby, Ian Osgood, Drew Zerbe, Luisa Belanger Wayson, Joleen Morrow, Charles Lewis, Bernie Moxey, Bernard Thomas, Nathan Zolp, Jenny Schaum, Kevin Wilcox, Zach Panneton, Meghan Kostkowski, RO Soo Hun, Jonathan Culp, Kerry Fair, Steve Norfolk, Denise Bishop, Katherine Yunkun, Laurie Close Bjorlykke, Baldr J. Magni, Gregg Williams, Ed Plummer, Poppy Pete, Mike Johnson, Bud Humelsine, Carol Todd Spence, Barbara Wagner, Adam Whittemore, Robin Hoffman, Robert Maffei, Buffy Pyle, Amrit Singh, Scott Williams, Peggy Parker, Stephen Murchake, Kristopher Gaasch, Shea Alexander, Steve Shank, Mike Sage, Pat Brown-Kearns, Terry McDaniel, Angel Anderson, Debbie Snyder, Brandon Hayden, Dan Brown, Doris Austin, Bob Martin, Jennifer Wilczynski Gigliotti, Alex Estill, Maria Harmening, Sandra Watts, Heather Nichole Schrembs, Mickey Senate, Erin Coyne, Lori Krunze, Sad(4): Elizabeth M. Foster, Wade Martin, Debbie Mullins, Marjory Goldman and 2 more

18 comments

 **Janice Lepore** Also from this article, an admission from the governor that funding may well NOT be at risk.

Since the governor has said both things he should stand behind both statements.

"However, the MSEA says that claim is "falsely exaggerated" noting the Every Student Succeeds Act is vague on certain requirements.

"The Attorney General's office has told legislators that nothing in the Protect Our Schools Act is out of compliance with federal law," a statement in a press release from MSEA reads.

47 ABC brought this rebuttal to Governor Hogan on Friday.

He admits there's no guarantee any federal funding would be lost, also agreeing the federal law is, in his words, "unclear".
4/1/2017 3:15 PM UTC

**Christopher Graham** Never heard of taxes?!
4/1/2017 3:20 PM UTC

 **Allison Chetney Heintz** Worst thing that has happened in this legislature? This bill decreases the emphasis on testing (but doesn't remove it completely), lays out new ways for schools to show success, and mandates school boards to have plans for failing schools. The piece that our governor is so up in arms over is the part that prevents privatization. It keeps PUBLIC money in PUBLIC schools. Shame on Hogan for gross exaggeration.
4/1/2017 3:24 PM UTC

**Delwar Sayed** You sound as if Hogan is trying to take money away from Public School. You realize there is more than enough?
*** · 4/3/2017 10:32 PM UTC · Reply

 **Sherry Agee Michaleski** Get rid of Common Core.. What happened to that. Too busy messing with the school calendar.
4/1/2017 3:30 PM UTC

 **Dorothy Lang** That's a great idea, common core is dumbing down our kids. Whatever happened to good common sense? Most of my generation and younger generation learned the very basics, reading, writing, and arithmetic. From that they could go on to more advanced courses. But no....some knot head decided to do common core and it is ruining our schools. I have great grand kids who don't have a clue and parents can't help because they don't know this CC stuff. Go back to simpler education, maybe kids will start to like school again. Doesn't mean they will be dumb, if it's interesting they will learn....JMO
4/1/2017 7:17 PM UTC · Reply

 **Eddie Shoe** Dorothy Lang sadly common core is doing exactly what it was designed to do...eliminate critical thinking skills.
4/1/2017 11:14 PM UTC · Reply

 **Larry Hogan** Yes there is a slight chance that even when the bill traps students in persistently failing schools it may not cost us over a billion in federal funds. But we can't take that chance. We just reached an agreement to fund $23 million more for Baltimore City schools. This horrible bill passed at the same time could cost just Baltimore more than $250 million over 5 years.
4/1/2017 4:11 PM UTC

 **John Dashiell** OMALLEYS gun control won't worse... should do something about it
4/1/2017 4:53 PM UTC · Reply

 **Janice Lepore** This bill is not about state school funding - that is a separate issue entirely, and certainly one I would appreciate hearing your position on, since the Kirwan commission is clear that we are currently underfunding schools to the tune of 1.9 billion.

The AG's office (and your own statement) indicate that the federal law is unclear and so your statements about the risk to federal funding are exaggerated. In addition, the Fiscal and Policy note make it clear that the potential conflicts are minor and I have confidence could be resolved through a joint effort before the September deadline.

The critical component of the bill, in my opinion, are the issues of reducing emphasis on standardized tests as a measure of school quality, and ensuring local representation in decision making for local schools. The current draft plan from the State Board does not accomplish either of those goals.

I would appreciate hearing your alternative plan, in addition to your criticism of this one.
4/1/2017 4:27 PM UTC

 **Brendan Maltese** He won't come out and say it explicitly, but his actions suggest that he wants to privatize and remove local control. It's why he's introduced legislation to reduce regulations on charter schools, and issued an executive order on the school start date.
4/1/2017 8:50 PM UTC · Reply

 **Larry Hogan** This bill isn't about state funding. Its about ignoring an Obama Administration initiative to improve failing schools. It will require improvements to those schools by the State Board of Education, which unanimously opposes this bill, it actually may violate federal law and jeopardize federal funding.

4/1/2017 8:49 PM UTC

 **Allison Chetney Heintz** And instead it mandates that local school boards and communities improve failing schools. Of course the State Board of Education opposes this bill; they are appointed by the governor.

4/1/2017 11:09 PM UTC · **Reply**

 **Arthur Betz** Start with money management classes for all SCHOOL system employees. A NEW HEAD START PROGRAM FOR THE AUDULTS.

4/1/2017 9:00 PM UTC

 **Janice Lepore** The bill in no way ignores the Every Student Succeeds Act, which far from being an Obama administration initiative is in fact the reauthorization of No Child Left Behind, which itself was the reauthorization of the Elementary and Secondary Education Act of 1965.

The intent of ESSA was to reduce the error in NCLB which placed an excessive focus on standardized testing scores as a measure of school quality. The tests were not developed to measure that, and there is no evidence that they do so well. There is, in fact, ample evidence that relying solely on standardized test scores fails our students, our schools, and our teachers.

Despite this evidence, and the intent of ESSA, our state board appears to be on a track to continue relying on standardized test scores to measure the value of our schools. This is poor educational planning, poor testing practice, and poor statistical practice.

Far from stopping any improvements to our schools, the bill requires the state board to look at other quality indicators besides testing. In addition, the bill requires the state board to cooperate with local stakeholders, including parents, teachers, and principals rather than allowing a unilateral action decided at the state level.

I think it is indeed regrettable that the legislature felt the need to get involved, but given the direction of the current state board plan, I can see why that is the case. I also find it regrettable that you continue to criticize the plan put forth in the bill, rather than respond with your own suggestions, and/or an explanation of why the current draft plan is more appropriate.

4/1/2017 9:29 PM UTC

 **Angela Brown Arnold** Get rid of common core! Kids in public schools are unable to spell correctly. Our kids go to public schools in Carroll County and we teach them a homeschool spelling cirriculum (Superintendant Guthrie needs to be removed what a baby wipe!)

4/2/2017 1:23 AM UTC

 **Luis Figueroa** Stop Trump from gutting funds from the education department that make Pell grants happen!!!!!!!!!!

4/2/2017 2:28 AM UTC

 **Rob Robin Bugos** Yeah not so sure privatization of a public school is good for all... letting the teachers teach again would be awesome. Now the teach to test which limits creativity in lessons

4/2/2017 4:42 AM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.



**Larry Hogan**

"At issue is legislation that would tie the hands of the state board as it devises a new accountability system for school performance, which is required under the Every Student Succeeds Act federal education law. Under the proposal, the board would be barred from emphasizing student achievement. Among the restrictions being advanced by lawmakers: limiting measures of actual school effectiveness (student achievement, student growth and graduation) to 55 percent of a school's accountability rating..."

https://www.washingtonpost.com/opinions/maryland-threatens-to-reverse-its-progress-in-education/2017/03/23/15261718-0f66-11e7-9b0d-d27c98455440_story.html?utm_term=.6f9be46f04cb



**Change Maryland**

Larry Hogan shared Change Maryland's photo.

3/31/2017 6:00 PM UTC

3 tags: Larry Hogan, Change Maryland, 1677747015583788

22 reacted: Like(14): Dave Shadwell, Karen Glab, Debbie Snyder, Nathan Zolp, Colin Mc, Howard Roth, Mike Arruda, Ann Cassilly Lyons, Amrit Singh, Betsy Majane, Steve Austin McIntire, Ken Harmel, Squicciarini Bill, Kristopher Gaasch, Angry(6): Barbara Stokowski Florian, Patricia Rowe, Dave Lanzer, Lee Barnhill, Dexter Housel, Peggy Parker and 2 more

18 comments

 **Janice Lepore** 55% emphasis on academic measures (primarily standardized testing) and 45% emphasis on other measures of school quality places Maryland firmly in line with other states' developing plans and with one of the intents of the Every Student Succeeds Act, namely, to reduce the focus on standardized tests as primary measures of school accountability.

From the bill Fiscal and Policy Note:

"Other States' Accountability Programs

Other states have also published their draft accountability programs for public comment. Illinois has decided to weight the SQSS measures at 49% of the total score, and the fourther measures (i.e., achievement, academic progress, graduation, and English language proficiency) at 51% of the total score. Delaware has decided to assign the weights as follows: achievement 25%; academic progress 30% (20% individual student growth and 10% lowest performing student growth); graduation 10%; English proficiency 10%; and SQSS 25%. Ohio has assigned the weights as follows: 20% achievement; 20% academic progress; 15% graduation; 45% SQSS (15% K-3 literacy, 15% prepared for success, and 15% gap closing). Ohio includes English language proficiency in its gap closing measure. Other states including Colorado, Louisiana, and Tennessee have decided to use different weights for elementary and middle schools than what they are using for high schools."

So academic measure in Illinois are 51%, Delaware is a total of 65%, and Ohio is a total of 55%.

The current State Board Plan to use test measures as 70-80% is far out of line.

And the bill requires the State Board to work with local stakeholders. It does not "tie (their) hands" except to the extent that they cannot unilaterally decide what happens in a district, but must in fact work with parents, teachers, administrators and other stakeholders in that district.

3/31/2017 7:16 PM UTC

 **Allison Chetney Heintz** This legislation protects our public schools from privatization. It de-emphasizes testing (without removing it) and included new measures of school success. It ensures that districts have a plan of action for failing schools. These are all good things that benefit our students.

3/31/2017 9:43 PM UTC

 **Peter Monaghan** Thank you for reading through the rhetoric

4/1/2017 12:29 PM UTC · Reply

 **Scott Mirabile** How do you respond to those who say that this legislation is aimed at preventing public schools from being decimated to make way for private and for profit schools?

4/1/2017 12:28 AM UTC

 **Brendan Maltese** Why do you keep making this an attack on the teachers union? This has nothing to do with them. This good legislation that is good for public schools. The huge emphasis on testing is failing. We should continue to strive to have the best public schools in the county by implementing good policies like this.

4/1/2017 1:25 AM UTC

 **Mary McSweeney Lanese** Bs

4/1/2017 1:31 AM UTC · Reply

 **Brendan Maltese** Care to elaborate?

4/1/2017 1:32 AM UTC · Reply

 **Delwar Sayed** The problem started bcuz our students graduate without knowing the basics. That is why testing came in. It is not to evaluate students but schools. You know where these kids should be with that much funding? These "tests" are nothing.

\*\*\* 4/3/2017 10:40 PM UTC · Reply

 **Mary McSweeney Lanese** Duh! But the MD Senate is full of Dem partisan idiots who need the unions to keep them in office.

4/1/2017 1:31 AM UTC

 **Tricia Grimes Willis** So who would really benefit by making people believe that teachers and their union are an evil band of thugs who don't want what's best for students? Yes that makes total sense...those rich, greedy teachers want all the money and love to watch children fail. Oh but wait most of them despite their college degrees make less than car salesman...hmm

4/1/2017 3:47 AM UTC · Reply

 **Caryn Abbott** Tricia Grimes Willis it's not the teachers for the most part that are the problem. It's the very liberal teachers union.

4/1/2017 11:29 AM UTC · Reply

 **Tricia Grimes Willis** Yes I keep hearing that but when I ask people who say that what the union does that is so horrible and detrimental to the education system I never get a response. I think that is because they don't and the people who say that have no clue. They have just read a headline from Hogan blaming everything on the union so they believe it. The union is the teachers. I think he continues to attack them and try to turn people against them because yes they do tend to always back democratic candidates. He should realize though that a lot of teachers voted for him and if he continues this attack he may lose a lot of votes next time.

4/1/2017 12:24 PM UTC · Reply

 **Brendan Maltese** I'm a teacher who voted for Hogan, and all this teacher's union blaming is really hurting his chances of getting my vote again.

 4/1/2...... 9:32 ... Reply

**Delwar Sayed** Actually the teachers do the most damage, specially the unions. Bad ones aren't fired because of such unions. These unions only advocate for political agenda of asking for more money and to keep that in their pockets. There is not one underfunded school in MD but more of these corrupt unions and elites. Tests are there to see if they are even teaching or not. These tests are a breeze for foreign students who weren't taught by semiretards while sitting among semiretarded peers.

*** 4/3/2017 10:48 PM UTC · Reply

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.





**Larry Hogan**
"There's a growing frustration coming from members of Maryland State Board of Education on how the state is being allowed to carry out a new federal education law.

The Every Student Succeeds Act, or ESSA, is in place to help school districts raise the bar for students, but in Maryland it's raising eyebrows among the board of education members who believes state lawmakers are trying to tie their hands.

'I don't think this bill can be rescued, but I'm hoping that we can get it killed. If not, we'll have it vetoed,' Gov. Larry Hogan said.

A few days ago, Hogan promised to take the wind out of a bill he said blocks progress for students in Maryland's lowest-performing schools. The frustration had carried over into the monthly state board of education meeting...

'It is very frustrating that we have worked so hard as a board, as a department, as a state, to get to this place -- lots of conversations, lots of stakeholders -- and then, within 90-day session to have a lot of that work undermined -- it's difficult,' said Andrew Smarick, president of the Maryland State Board of Education.

Other board members believe the education bill has more to do with politics than policy."

**Md. State Board of Education, lawmakers tied up over new education law**
wbaltv.com

There is a growing frustration coming from members of the Maryland State Board of Education on how the state is being allowed to carry out a new federal education law.



34 reacted: Like(30): Robert Borkoski, Brian P. Rice, Tod Wever, Thomas DiMaggio, Mike Naz Nasser, Charles Lewis, George Sherwood, Dave Robles, Linda Stanley Brown, Warren Barrett, Carol Beatty, Brandon-Christian Cooper, Nathan Zolp, Matthew Burke, Huong Ngo, Tess Rollins, Tina Rye, Kristopher Gaasch, Amrit Singh, Jane Keilholtz, Kevin Wilcox, Jackson Howard, Mathew Palmer, Peggy Parker, Sabawoon Wahidey, Jo Ann Jenkins Rogers, Muir Boda, Jason Smith, Ryan Priovolos, Alison Tavik, Angry(2): David Hagler, Dexter Housel and 2 more

16 comments

 **Delwar Sayed** When are we going to get quality with the money spent? Even middle upper class ones with zero shortages have poor standards. Other countries get better quality with same or less. It is time to get rid of corruption and unions who allow this
*** 3/29/2017 2:57 PM UTC

 **Delwar Sayed** Good
*** 3/29/2017 2:57 PM UTC

 **Laura Payne** The State Education Board needs to get tough on bullying in our schools, and a lot of the time it's the teachers who are doing the bullying!!!
3/29/2017 3:29 PM UTC

 **Cosimo Giordano** Again it's the teachers fault that parents refuse to control their children by not holding them responsible for their actions. You parents want to hold teachers responsible for their actions but turn a blind eye to the activities of their children.
3/29/2017 5:46 PM UTC · Reply

 **Laura Payne** Excuse me, you must be a teacher, I've seen this happen, and we just had an a child commit suicide because he was being bullied, I'm not saying that it all teachers but when other children see teachers belittling and bullying the children in their class they think that it's ok for them to do it as well.Unless you were there you don't know what happened.
3/29/2017 8:08 PM UTC · Reply

 **Bud Humelsine** Yeah, I side with Cosimo on this one, it's not the schools that should be teaching manners and values to kids
3/30/2017 11:05 AM UTC · Reply

 **Delwar Sayed** I would say yes but without creating safespace
*** 3/30/2017 11:47 AM UTC · Reply

 **Tess Rollins** Stay the course, Governor Hogan!
3/29/2017 4:02 PM UTC

 **Janice Lepore** I share the State Board's frustration. As a stakeholder in Maryland's public schools, and as someone deeply interested in the education of our children, I saw the passage of ESSA as a positive moment. One of the primary goals of ESSA was to reduce the emphasis on nationalized standardized testing measures as a primary school assessment method - which the tests themselves were never intended to do, as acknowledged by the test publishers. Another major goal was to turn control back to the states to determine how they were going to measure the quality and progress of their schools. Living in Maryland, I had great hope that this would mean positive changes for how our state assesses our schools and measures progress and student learning.

I have been deeply disappointed, therefore, in the process Maryland has engaged in to develop our ESSA compliance plan. Despite my interest and attempts to learn more about, even participate in, the plan development process, it has been very difficult to find information about how to contribute to the conversation, listen to the decision making process, or understand the various plans under consideration. Beyond that, as I have been slowly able to gather information, I have been shocked to find that our State Board apparently plans to continue relying heavily on national standardized assessments as measures of our schools' success - in defiance of good testing practice, good statistical practice, current understanding of school quality measures, and the long and hard won lesson of No Child Left Behind, which demonstrated very clearly that testing does not tell us everything we need to know.

The Board apparently plans to continue relying on PARCC scores for 70-80% of the school quality measurement. If there is some sort of logical justification for this over-reliance on testing, I cannot imagine what that is. The PARCC publisher itself describes the test as designed "...not only to evaluate a student's progress, but also to provide better information for parents and teachers to identify where a student needs help, or is excelling, so they can tailor instruction to meet individual student needs." Nowhere in that description does it ever suggest the test is designed to measure school quality.

I find it incredibly disappointing that there needs to be a legislative response, but given the current direction of the State Board plan, we absolutely need the Protect our Schools Act to guide better, stronger thinking and measurement of Maryland schools, as well as more locally informed school improvement plans. Keeping academic measures, like the PARCC, as 55% of the quality assessment makes sense, as does adding in other quality measurements that are correlate with school quality and student success, such as teacher education level, school climate, and class size. It simply makes sense to involve local stakeholders - parents, principals, and teachers, among others - when developing any School Improvement Plan. This should have been in the draft plan in the first place, and I support requiring it per the Protect our Schools Act. Finally, I fully support the Act's restriction on state takeover of schools - local stakeholders should be part of local decisions.

Given the lack of transparency and communication about the development of Maryland's ESSA plan, perhaps you, Governor, and the State Board, should consider this legislative process as part of your feedback/stakeholder communication. Certainly it could be seen as simple political wrangling, but it may also be wise to consider that these representatives are hearing from their constituents - as are you, in these several posts you've made about the issue - that they are dissatisfied with where the Board is heading and support a plan that more closely aligns with the proposed legislation. If you disagree, I encourage you to publicly offer an alternate plan, and/or a fuller explanation for why you and/or the Board feel the PARCC is an adequate measurement for Maryland Schools.
3/29/2017 6:58 PM UTC

 **Rudy Newsome** Eliminate the Dept of Ed. Reduce the size and power of the state ed board. Return all power and repsonsibility to the parents, teachers and local school boards.
3/29/2017 7:16 PM UTC

 **Helen A...** ...comparison of crime
3/29/2017 11:19 PM UTC

 **Dan Duvall** The clowns running the education department in the state are a total joke. Need a major shake up
3/30/2017 2:17 AM UTC

 **Bonnie Leichtweis** I'm with Gov. Hogan. Change is needed.
3/30/2017 11:16 AM UTC

 **Rachel Bennett Henry** So I decided to read more rather than take a biased opinion from the man who has hated on public schools since taking office. Educational research has shown that relying on standardized testing alone as a measure of success is not an accurate measure. This bill aims to add to that measure in meaningful ways. Oh and I fully expect to be deleted, and block for voicing my opposition as I have been in the past...but this is actually a PUBLIC page....

"With the passage of the Every Student Succeeds Act, the Federal Government has given each state the ability to forge its own educational path. This path includes authoring a plan for measuring accountability and student achievement and growth. In previous years, accountability was measured in the form of student scores on standardized tests. Studies have shown that this is a poor method for evaluating public education, and HB978/SB871, the Protect Our Schools Act of 2017, is intended to correct this mistake, and implement accountability measures and intervention strategies that have been proven to get results.

Under ESSA, each state is allowed to include new measurements, beyond merely scores on a standardized test, for school success into their plan. Other indicators that have been shown to improve test scores—like smaller class sizes or access to quality pre-kindergarten programs—can be included in the accountability system as an "opportunity" indicator as well. Each of the indicators should, however, 1) have the same weight (so that school administration does not concentrate on one indicator to the detriment of another, 2) give "opportunity" indicators as much value as ESSA allows, and 3) include three or more "opportunity" indicators for each school system.

For example, a plan could include the following table:

Academic Indicators (51% of total score) Opportunity Indicators (49% of total score)
PARCC Proficiency Class Size
PARCC Student Growth (For Elementary and Middle School) Access to Pre-Kindergarten (Elementary School)
Graduation Rate (High School) School Climate Survey Results
Chronic Absenteeism Rate Access to Advanced Courses
Career and Technology Certification Rate Access to Related Arts Courses
English Proficiency for ESOL Students Advanced Teacher Certification Rate

In addition, a strong ESSA plan should include safeguards against public school privatization strategies that have been known not to work. For example, some higher-ups on the state school board have floated the idea of state interventions via the creation of a statewide charter school recovery district (such plans of a state-wide charter school district have failed in other states), or voucher programs that have been shown to not expand opportunities for children who need it most. The "Protect Our Schools Act of 2017" leaves those intervention strategies up to the local boards, and prevents the state from overruling what the local jurisdiction finds to be the best strategy for improving an underperforming school"
3/31/2017 1:02 AM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.



**Larry Hogan**

Right now the legislature is debating a terrible bill that will have disastrous consequences for our schools and prevent thousands of children from getting access to the world-class education they deserve.

This so-called "Protect Our Schools Act" very simply would make it more difficult to identify schools that are falling behind, and protects failing schools and union contracts at the expense of Maryland's children.

On top of all that it jeopardizes $250 million in federal education funding - including $51 million for Baltimore City - according to the legislature's own fiscal analysts.

Even though this terrible legislation is being debated by the Senate, it's not too late to call. Contact your senators, tell them to quit protecting the teachers unions at the expense of students stuck in failing schools and reject this horrendous bill. => http://bit.ly/MDLEGCONTACT

  **Timeline Photos**

 3/28/2017 3:33 PM UTC

66 reacted: Like(40): Rachael Thornburg Lederer, Dennis Tice, Linnea Sandkuhler, Robert Weston, Nathan Zolp, Michelle Klein, Lori Douglas, Rebecca Smith, Shawn Harlan, Brian J Curtis, Gary Galmin, Barbara Wagner, Jane Keilholtz, Tim Burton, Carissa Maison, Dale Anderson, Bob Martin, Huong Ngo, Juanita Morrow-Witherspoon, Sharon Rice, Andrew Fisher, Ken Harmel, Eddie Shoe, Howard Roth, Kathy Davis White, Brenda Growden, Joshua Craver, Pat Brown-Kearns, Baldr J. Magni, Andrew Beckman, Luisa Belanger Wayson, Sandra Arevalo, Amrit Singh, Angel Anderson, Brooks Bennett, John Brown, Buffy Pyle, Phil Venture, Monica Ellis, Melissa Anne, Angry(15): Sandy Tropepe, Julie Hall, Dianna Harris, Ashley DeMauro, Mary McSweeney Lanese, Cate Saaybe Venango, Dexter Housel, Nancy Gray, Mary Jo Isenrock, Kelly Bortner, Allison Chetney Heintz, Peggy Parker, Cyndi Burton, Jackie Roe, Doris Austin, Sad(7): Karen Vose Squires, Dora Jinnette Winebrenner, Jeff Fisher, Michelle Franquet Settles, Claude Romano, Kelly Sanford, Bruce Thomas, Wow(2): Heather Peterson, Serge Butovsky and 2 more

42 comments

 **Eric Harley** Lyin' Larry, at it again. This bill does no such thing. It reduces the emphasis on standardized tests. It's just common sense that our kids are being tested too much and taught too little.

This legislation corrects No Child Left Behind's worst mistakes.
3/28/2017 3:36 PM UTC

 **Shawn Hayes** No child left behind is entirely better than common core
3/28/2017 6:45 PM UTC · Reply

 **Grant Bingham** I am tired of hearing about the Schools. What about Medical Insurance for Adults? Tax Breaks for Adults? Something for Adults.
3/28/2017 3:47 PM UTC

 **Alejandra Malespin Toribio** Yeah, because children don't matter
3/28/2017 4:08 PM UTC · Reply

 **Grant Bingham** Alejandra Malespin Toribio They matter but so do Adults.
3/28/2017 5:28 PM UTC · Reply

 **Shawn Hayes** The kids go first. They're the future of our country.
3/28/2017 6:46 PM UTC · Reply

 **Grant Bingham** Shawn Hayes why? Adults count
3/28/2017 6:49 PM UTC · Reply

 **Kelly Nyman** I agree with you on most issues but not this one. How exactly has the state or federal government effectively turned around "failing schools" during the last decade of NCLB? Sanctions haven't done a thing to help and in fact have made it even harder to attract and keep experienced teachers at those schools. You've also failed to mention a key component of this legislation: reduced testing demands. Currently our students are subjected to a ridiculous amount of testing to the detriment of actual instructional time. Our schools need help but testing, testing, testing, and labeling has not worked for the past 10 years and will not work now.
3/28/2017 3:48 PM UTC

 **Susan Jones** Kelly Nyman, of course as one who would be directly effected by these changes, you would challenge any bill that would hold you, as a teacher more accountable. It's time we put the students education before politics or union agendas.
3/28/2017 4:25 PM UTC · Reply

 **Sandra Minge** Susan Jones, but these tests don't accurately measure the teachers, they measure if the child got a good sleep last night, had a good breakfast, wasn't late for school, isn't focused on the beautiful spring day outside, or whether or not their bff matches with their outfit today. and thats the good kids. thats not the ones who might have to worry when dad will be home or if they have to put sister to bed tonight because mom is working late. or if they get mcdonalds for dinner again tonight. There should be a way to measure student progress and teacher effectiveness. but test are not it.
3/28/2017 4:54 PM UTC · Reply

 **Deb Emerich Stahl** Susan Jones If the tests actually measured what they purported to, if they didn't take up a huge chunk of time and energy and yes, resources - it costs MILLIONS to administer these tests each year, and that's not even accounting for the lost computer lab time, OR the cost of enough computers to administer them on (plus maintenance and replacement) - if they were actually used to help schools & teachers teach better and help students learn, I would have far fewer issues with them.

But teachers don't get to see them, EVER, so they have no idea - not will students or their parents, EVER - what students got right & wrong. Even if teachers COULD see where they needed to improve, the results come back the next Fall anyway. (MAP testing is an exception to this, but those results aren't the ones used to grade schools - those ARE used directly w/students.)

The whole Standardized Testing craze is nothing but a "gotcha" game, students are NOT the primary beneficiaries here. If they were, that would be another story - but they are NOT.
3/28/2017 5:00 PM UTC · Reply

 **Janice Lepore** I think testing scores have a place in accountability but not the large place that has been allotted to them under No Child Left Behind, and as others have said the tests need to be used properly as designed. Right now the measures are designed to assess student achievement (either as an individual or as a group) and then we use those scores to make assumptions about teacher/school quality - that's a poor statistical method any way you twist it.

One of the things I appreciate about this bill is the fact that it includes a measure of "growth" test scores in addition to the current method of accountability. "Growth" test scores

communities. [illegible text] that [illegible] formed [illegible] actually happened [illegible] during that time.

As an example, let's say we have two schools, and each has received a completely new class of fourth-graders in a given year. In one school, all of the students are already reading at fourth grade level, and in the other school, all the students are reading at second grade level. Under the current testing method, both schools would be tested, and school one would be seen as "superior" while school two would be seen as" inferior," based on little more than luck. There would be nothing that actually tells us about the teacher or the school quality.

However, let's say over the course of the year school one maintains its students achievement and they progress as expected from a beginning fourth grade level to an ending fourth grade level. But school two brings its students from a low second grade reading level up to a mid-third grade level. A full year and a half of progress. With "growth" testing, we could see that the second school had actually made more progress than the first school, even though its students were still reading below their assigned grade level. The school (and the teacher) would get some credit for the remarkable work of bringing struggling students further over time.

At the end of the day, this approach can actually give us more information about the teachers in our schools and the effects of the things they can control (for example, the things that happen in their classroom).

I am sure this bill is not perfect, no bills are, but there are a lot of good ideas in it. I would really like to see our Governor work together with the General Assembly to improve on all of the ideas they can all bring to the table.

3/28/2017 5:30 PM UTC · Reply


**Kelly Nyman** Susan Jones I have no problem being held accountable for my performance as a teacher. But...let's consider how you are evaluating me. I teach third grade so PARCC is used to determine if my students are performing at an acceptable level. I suppose it would seem reasonable to you that if I am a good teacher, my students will score well on this test. In a perfect world you are correct. But consider my class...I teach the inclusion classes comprised of children with intellectual disabilities, learning disabilities, emotional disabilities, and all of the "new comer" ESOL students. At the beginning of the year, not a single student of my 48 could read at grade level. Most came to me reading on a kindergarten or first grade level (and a handful could read at a second grade level). Some did not know their letters and could not write their names. We have worked very hard this year. Most students have gained at least a year's worth of skills in 6-9 months. Some have gained TWO years worth. But guess what...they will still not meet the minimum pass score for PARCC because two years still puts them below grade level. All of that progress is ignored when you only consider test scores. Add to that the many challenges of working in a challenging (high poverty) school mentioned by other posters. Individuals like you would like to impose sanctions on teachers in these schools because we don't produce sufficient test scores. So guess what...now no one wants to teach in these schools. Teacher turnover in these schools is unbelievable. The work there is challenging already and when you seek to "punish" those you deem are not effective without actually understanding the entire situation, the problem is compounded. I invite you to visit some of these schools to see for yourself the challenges we face. Meet the children we teach (but come back often because our classes change weekly in these schools as students come and go). Teachers in these schools put their children first every day. They are not worried about politics or union agendas.

3/28/2017 5:37 PM UTC · Reply


**Alex Paciga** Extremely well said, Kelly.
3/28/2017 5:57 PM UTC · Reply


**Susan Jones** I respect that you have a challenging job but the only students that should be in your third grade class are ones that have legal status and can speak English ( otherwise refugees and legal immigrants should be attending alternative classes that bring them up to basic standards for the grade they should be in)..... to put these children in a class with the general population is not only a distraction for other students but a complete failure to give them a successful future. Our children should NOT have to attend college just to get an entry level job... if you can't properly prepare our youth for life after twelve years than something is terrible wrong.

3/28/2017 6:58 PM UTC · Reply


**Brittany Cooper** Susan Jones perhaps it's content that's being taught...which is also regulated. Because I know I have used protractors zero times as an adult or if the limit is approaching 1 but maybe our students would succeed with more practical skills like general problem solving and budgeting. Testing proves nothing.

3/29/2017 3:31 PM UTC · Reply


**Leslie Clark** After the recent incident in a Maryland school involving 2 illegal immigrant men its obvious that the educational system is not a priority to the powers that be. Js
3/28/2017 3:51 PM UTC · Reply


**Jackie Roe** omgosh, yes. How is an 18 yr. old put in the public education system, and in the 9th. grade at that. They have night schools when people drop out of day school, this should be an option for people who need to be educated. Not putting him in a place with 14 yr and younger. Disgraceful.
3/28/2017 4:02 PM UTC · Reply


**Deborah Lohrmann** But they are illegal, they have rights, American Citizens don't have any.
3/28/2017 4:25 PM UTC · Reply


**Shawn McCaughey** The problem Leslie Clark is trying to identify is RAPE.
3/29/2017 12:46 AM UTC · Reply


**Leslie Clark** How so?
3/29/2017 2:03 AM UTC · Reply


**Janice Lepore** Mr. Hogan you have posted several times about this bill in the last two days, but I have not seen a post with your own proposed plan for strengthening and supporting our public schools, and responding as required with an ESSA plan. I would be very interested in seeing your proposal.
3/28/2017 3:55 PM UTC


**John Brown** After how many years...decades...and how many billions of money spent in baltimore city with failure and corruption and students being pushed out as seniors who couldn't read or comprehend.
Few years back teachers program had them getting bonuses for their success rates of their students but later found out teachers were fudging the grades and taking the cash.
The whole system is broken. It needs to be replaced. The children come first. Not the over paid administrators and executives.
3/28/2017 3:55 PM UTC


**Susie Wood** Exactly
3/29/2017 12:39 AM UTC · Reply


**Randy Pullman** I for one have had enough of the teachers unions holding a knife to tax payers throats!
3/28/2017 4:00 PM UTC


**Bob Watters** I hope before any of you act and call your reps mindlessly parroting what is in the above post, you seek out the text of the bill first and read up.

It sure would be nice if our governor gave us some more credit and provided us the raw information to let us form our own opinions; they might even align!
3/28/2017 4:09 PM UTC


**Michael Gerber** Too bad we will be losing tons of federal money since we are becoming a sanctuary state.
3/28/2017 4:27 PM UTC


**Allison Chetney Heintz** I urge all of you to read the actual text of this bill. It reduces the emphasis on standardized testing (aren't many of you fed up with PARCC?), and makes schools accountable for other measures of school quality. It also mandates that districts have a plan for failing schools.
3/28/2017 4:50 PM UTC


**Mary McSweeney Lanese** Not really.

 3/28/...

 **Eddie Shoe** Common Core...dumb them down...keep them in poverty...keep getting reelected! Baltimore is the model.
3/28/2017 6:20 PM UTC

 **Alex Spellman** Why don't you go after the millions of dollars MD is wasting in unpaid property tax by lying residents claiming 2 or more principal residents, when you sign closing documents to buy a house "under penalty of purgury" that you are living there as a principal residence, yet this continues, pathetic...
3/28/2017 6:27 PM UTC

 **Jsh Rchmn** Politics over results. That's the democrat way.
3/28/2017 7:09 PM UTC

 **Chris Turner** Ok? So veto- is there no other story to share today ?
3/28/2017 7:39 PM UTC

 **Christopher Graham** World class education has nothing to do with any gov't run school. Abolish the MaryLand Dept of propaganda and indoctrination
3/28/2017 10:42 PM UTC

 **Joe Hart** Do some thing for retires!
3/28/2017 11:36 PM UTC

 **Michael Maultsby** Ok, I love Gov Hogan normally, but this is pure propaganda. The bill moves Md to finding a better way of testing than Standardized Testing. It is not about NOT testing, it is about finding a better testing method, when the one we are using has been repeatedly found as ineffective. If you want to say you do not like it because of your party, fine, but let's NOT Lie and Mislead us. You have built up too much trust to piss it away like that.
3/29/2017 6:08 PM UTC

 **Amibeth Maguigan-Jean Pierre** Trump already plans to cut funding
3/29/2017 10:20 PM UTC

 **Susan Frank** I would like to know as a Md taxpayer when did the State Board or the local EVER prioritize student learning? That is why so many so called graduates cant' read, write or do basic math.
3/30/2017 1:44 AM UTC

**Remash Guyah** Governor Hogan, you will fail the kids with your stance... You are supporting old world failed policies on education.
3/30/2017 2:55 AM UTC





**Larry Hogan**

Michael Phillips: "As a faith leader, I am deeply committed to my calling to shepherd members of my community toward a life lived in our shared ideals. For me, these ideals include compassion, service, opportunity and honesty. We must work together to deepen community, to make a conscious, intentional effort to build on the connections between us and resist the pull of the often shallow and disingenuous responses to complex issues that face our community. Here in Baltimore and throughout Maryland, we must trust one another.

Which is why I am deeply troubled that the General Assembly of Maryland has introduced HB 978, the Protect Our Schools Act of 2017, which is a dishonest name for what the bill seeks to achieve. It does not protect our schools. It allows schools that consistently fail our students academically to continue doing so without real accountability or opportunities for improvement.

Under the Every Student Succeeds Act (ESSA), Maryland is required to submit a plan that includes the indicators by which it will evaluate its schools. Some of these indicators can be non-academic, but some must be academic, and the academic indicators must be given 'in the aggregate much greater weight' as compared to the school quality indicator. Intuitively, this makes sense. Schools are, and should be, measured by how effectively they educate our children academically.

But this bill, which is being hurried through the legislature far in advance of when Maryland will submit its state ESSA plan, limits the combined total weight of academic indicators — particularly test scores — to no more than 55 percent of a school's final rating. That is to say if passed, this bill would limit how much weight students' academic success will have on a school's overall rating and will limit how schools use assessment data to measure a school's efficacy.

What does this mean? And what does it communicate about what we hold our schools accountable for? Under this bill, a school could receive an adequate rating while chronically failing students academically. What's more, schools like these would not be subject to vital state interventions, called for by federal law, that could turn the tides for these schools.

A high-quality education matters. Students who are molded by a strong education, with high standards, effective teachers and individual and school-level accountability, grow to become successful, thriving adults. Children who remain trapped in poor schools graduate with few professional choices, a lower standard of living and a lower life expectancy than their better educated peers. There are ample studies to validate this, but any time spent in Baltimore among some of our struggling communities drives the point home.

If these are the stakes - and they are - how can we ensure that our young people are lifted by their schools instead of thwarted by them? At least one critical lever must be assessing the quality of our schools and the education they provide through our students' demonstrated skills and knowledge. To be clear, no one is arguing for increased testing, nor the dreaded 'teaching to the test.' But we cannot support struggling schools and the students in them if we cannot identify areas for improvement and provide focused attention, resources and problem-solving toward these areas.

This has implications not only for our schools but for our young people, as well. Our obligation to our children - as parents, role models, advocates and mentors - is to prepare them for the life that awaits them. We do our children a great disservice when we allow them to believe they are receiving a strong education at a high standard when, in truth, we are sending them into the world ill-prepared to develop into the strong, critical, passionate community leaders that we need in cities such as Baltimore."



**Michael Phillips: Unaccountable: Every Student Succeeds Act Fails Students**
centermaryland.org

As a faith leader, I am deeply committed to my calling to shepherd members of my community toward a life lived in our shared ideals. For me, these ideals include compassion, service, opportunity and honesty. We must work together to deepen community, to make a conscious, intentional effort to build…

 3/28/2017 12:32 PM UTC

30 reacted: Like(26): Rachael Thornburg Lederer, Bill Rathell, Tammy Benson, Jill Nechamkin Roach, Barbara Wagner, Carolyn Jorgensen Fewster, Nathan Zolp, Squicciarini Bill, Huong Ngo, Kelly Ernstberger, Scott Brown, Amrit Singh, Rita Crawford, Robert Borkoski, Sandy Redmer, Dexter Housel, Barbara Klonin, Myra Neale, Roger Squires Sr, Dana Stanley, Jackson Howard, Mathew Palmer, Dawn Hite, Faith Jeannelle, Kristopher Gaasch, Ann Dalrymple, Love(2): Janice Fowler Chan, Angie Gomez Halcomb and 2 more

22 comments

 **Janice Lepore** The ESSA plan is due in September, so establishing guidelines in April is wise timing, in my opinion.

In addition, one of the goals of ESSA was to reverse the emphasis on testing as a sole or primary measure of school quality, which was implemented under No Child Left Behind. The lesson of that experience was clear - relying on test scores does not give us critical information about other aspects of school functioning - attendance rates, teacher education/training, progress in student growth (aka narrowing the achievement gap). These factors are important, ESSA says they should be considered in state plans, and this bill conforms with that. The 55% weighting of test scores is well in line with other states' developing plans. The 70-80% weighting under consideration by the State Board, on the other hand, is excessive.

The tests we are currently using also do a poor job of measuring school quality because that is not what they are designed for. They are designed to assess individual or group student achievement, and then we assume that data reflects on the quality of the teacher or school. But any parent or teacher knows that a child's performance or behavior at a given moment on a given day rarely reflects the input of the one adult in front of them at the time. I appreciate the inclusion of growth measures in this bill - assessment of students over time, comparing their own development.

In addition, my reading of the law certainly does not say that the school would not be subject to state intervention - rather, it requires the state to include local stakeholders in the intervention planning process. Since local leaders are most likely to be informed about local needs and resources this seems to me to be simply logical.

I am concerned that I don't see language in the bill specifically addressing students with special needs (e.g., learning differences, second language) and I do wish the governor would invest some effort into improving these areas.

3/28/2017 12:53 PM UTC

 **Mary McSweeney Lanese** Not buying your line of crap. If you can't get rid of bad teachers and don't have some method of uniform measurement of success, then it's pretty much "anything goes"--and that's not going to help these kids do well in life.

3/28/2017 1:43 PM UTC · Reply

 **Janice Lepore** Okay, Mary McSweeney Lanese, we can disagree. But the bill doesn't prohibit anyone from getting rid of "bad" teachers and does establish a measurement of success, it just relies less on test scores and includes other known measures of school quality. I agree accountability and quality measures are critical. It's one of my concerns about public funding for private schools - the public transparency laws and laws regarding quality/accountability measures and reporting don't bind private schools.

3/28/2017 1:47 PM UTC · Reply

 **Deb Emerich Stahl** As for "uniform measures of success," I wouldn't mind such a measure if it were also a "valid" measure of success. Right now, "success"="test scores," which can happen in cases of year-round test prep, or even cheating, while other measures of school quality go un- or under-reported.

Standardized testing was not originally designed to grade teachers or schools, but to inform instruction, to find "holes," so they could be closed and instruction improved. Turning them into high-stakes endeavors (along with lousy Common Core standards, which is another smelly kettle of fish) is not serving children, schools, OR families - but it IS putting a lot of money into the coffers at Pearson.

3/28/2017 6:47 PM UTC · Reply

 **Katie Yingling** Mary, I'm confused by your statement regarding getting rid of bad teachers. They are actually called ineffective teachers, and many school systems in Maryland already have measures in place that allow school systems to terminate tenured ineffective teachers.

3/29/2017 12:14 PM UTC · Reply

 **Mary McSweeney Lanese** Everyone in Maryland should be reading this article.

 **Eric Harley** And you live in McLean, Virginia?
3/28/2017 6:09 PM UTC · Reply

 **Mary McSweeney Lanese** Yeah--and your point is?
3/28/2017 6:10 PM UTC · Reply

 **Eric Harley** Stop carpetbagging
3/28/2017 6:11 PM UTC · Reply

 **Mary McSweeney Lanese** LOL--you live in Maryland and you're accusing me of "carpetbagging?--do you even know what that means? Maybe you need some more MD education...
3/28/2017 6:12 PM UTC · Reply

 **Mary McSweeney Lanese** Yup--look it up! LOL
3/28/2017 6:14 PM UTC · Reply

 **Eric Harley** Hahaha, you're cheering yourself on? Rich.
3/28/2017 6:15 PM UTC · Reply

 **Sandy Overstreet** Q
3/29/2017 10:03 AM UTC · Reply

 **Susan Jones** We must take the power of decision making away from the Teachers Unions and put it back into the hands of parents and teachers jointly. This is another positive reason for school choice.... many private and charter schools are non- union, therefore poor preforming teachers can be dismissed and Parent/Teacher dialog is encouraged.
3/28/2017 4:15 PM UTC

 **Katie Yingling** Maryland doesn't have unions, they have associations. Thanks to our association, we currently have a program in place that allows the school system to not only provide a year of intensive support to an ineffective teacher, it also provides a forum for possible termination of that teacher if that teacher does not improve to the effective level.
3/29/2017 12:17 PM UTC · Reply

 **Rachel Ashbrook** A high quality education is not measured by test scores. Having schools only measured by false academic measures like standardized tests limits a parent's ability to know what kind of education a school is providing. High test scores could mean a school is only doing test prep.

I want my children exposed to the arts, humanities, diverse global history, and so much more. Support the Protect Our Schools Act and keep test prep out of schools.
3/29/2017 11:17 AM UTC

 **Katie Yingling** While this message from Michael Phillips has the appearance of community concern, I am seeing and hearing major issues in this message. A bill that limits how much assessment data is used to measure a school's efficacy is not a bad thing. As we have already learned from NCLB, an exaggerated focus on standardized assessment data has not leveraged our schools in any way. Why would we continue down a path that resulted in some extreme failures of our students' success. This result was and will be a continued mindset of teaching to the test, which puts all schools, all teachers, and all students in a box. It saddens me that anyone would support ESSA, and I also wonder how many of the people in support of ESSA are actual educators.
*** 3/29/2017 12:11 PM UTC

 **Janice Lepore** Katie, I'm a little confused. ESSA was written in part to roll back the emphasis on testing that was part of NCLB (and which I agree was a mess). Another goal was to give states more individual decision making in how to assess school accountability. So all states were required to write a plan explaining how they were going to measure school accountability based on their individual states needs and priorities. The plans are due in September for review by the federal Department of Education.

The current draft plan for Maryland, supported by the state Board of Education, continues a significant emphasis on testing as a measure of school quality. The estimates I'm seeing our 70 to 80% weight in the overall accountability score. One of the benefits of the Protect Our Schools Act as I see it is a reduced emphasis on standardized testing as a measure of school quality, and the inclusion of other factors, including class-size, level teacher education, etc.

So in part because I do support a reduced emphasis on testing, I support the ESSA, I think it's a move in the right direction although not a complete solution. And I also support the Protect Our Schools Act.
*** 3/29/2017 12:25 PM UTC · Reply

 **Katie Yingling** Janice, I guess I should have been more specific in stating I'm shocked that anyone would support and accept a 70-80% weight in standardized quantitative data as a means to assess a school's success. Most of my points were in a direct response to Mr. Phillips's statements and the complete rejection of a bill that acknowledges a need for the quantitative data but also puts an equal emphasis on the qualitative measures needed to assess a school's success. I'm on your page completely...you communicated it much better than I did.
*** 3/29/2017 1:11 PM UTC · Reply

 **Janice Lepore** Thanks for your reply Kaite -it is so easy to get mixed up with all the abbreviations! Have a great day.
3/29/2017 1:32 PM UTC

 **Robin Call** There are children out there who really dont do well on tests, they read the material, they study the material, they know the material but then when it comes to the test they freeze, their minds go blank, and then they fail gthe tests making them feel like failures when in reality they are not....Obviously, we need more hands on traiing at schools, we need to teach children in ways that they can learn more effectively....You cant sit 30 kids in the classroom and have a teacher stand up there and just preach at a child because each child is different, each child has different things going on in their homes or lives, lot of variable factors....then you add kids who dont speak english, have behavior problems, special needs, disabled, learning problems, etc to that same classroom then it causes children difficulties in learning....now violence in schools....All that stress on teachers and students...A child sets up his personality btwn ages 3 and 5....they spent that time in daycare homes and facilities....we need to implement preschool settings and learning during this time in these childrens lives not waiting until they are 5 years old to go to school before they learn and then alot of them are behind the learning curve of their peers and those kids are the ones that are the class clowns and the behavior problem children....I did daycare, I had 6 children in it from 18 months to 6 years old and they were all learning the same preschool stuff that the 6 year old was learning in school but you have to sit them in a circle and teach them, help them learn on their own learning level...States must start the learning in the daycares and then move them into the schools, parents must take the active roles of giving their kuds a consistent nighttime routine, daycares should be teaching kids like a preschool . .I taught the children ABCs, numbers, art, days of the week, weather, music, recess, naps, manners, I bought children size dishes to teach them how to serve themselves at mealtime, how to write, how to use scissors properly, field trips to bowling, reading time at the library, then to eating out in public afterwards....you can expect them to learn at your level, it must be at their level...if all they do for 5 years is sit in front of a tv or made to play outside all day at a daycare or a babysitters home and then they are thrown into a school environment and suppose to sit still and learn;they have already failed before they even begun ..Each child must learn the basics before they even get to school without that basic foundation a child has no hope in school academically. Home daycares have limited sources, they need closets where they can borrow items, make copies of learning materials etc until they can get set up....If we have to cut preschool funding force preschool learning into the daycare facilities and home daycares
3/29/2017 1:52 PM UTC

 **Francesca Kalend** No! You are promoting the grisly lady insane agenda re the privatisation of our schools!
3/29/2017 7:17 PM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.

 **Larry Hogan**

Since day one, education has been our administration's top priority, and we have strengthened our commitment to public education by providing record funding every year.

However, right now the legislature is debating a terrible bill that will have disastrous consequences for our schools and prevent thousands of children from getting access to the world-class education they deserve. This bill severely limits the State Board of Education from taking any substantial action to make improvements to persistently failing schools and prevents needed accountability in our school system.

This so-called "Protect Our Schools Act" was drafted by political operatives of the teachers' union, who have desperately been lobbying members of the legislature for months. Very simply, this bill would make it more difficult to identify schools that are falling behind, and protects failing schools and union contracts at the expense of Maryland's children.

On top of all that and according to language in the actual bill, it directly threatens to cost the state $250 million, including $51 million for Baltimore City, in federal education funding.

This terrible legislation is being debated by the Senate tonight. Call your senators, tell them to say no to the teachers' union, and urge them to reject this horrendous bill => http://bit.ly/MDLEGCONTACT


**Opinion | Maryland threatens to reverse its progress in education**
washingtonpost.com
Lawmakers are poised to cave to teachers unions and gut education standards.

 3/27/2017 10:18 PM UTC

25 reacted: Like(17): Tim Schmitt, George Sherwood, Kristina Dahabura, Lynne Eldorado, Chris Martin, John Weaver, Zalee Harris, Stephen Horvath, John Kosciolek Jr., Tom Richards, MacGyver Biniak, Rob Weithman, Cameron Easter, Jackson Howard, Savannah Masterson, Marjorie Tabor, Leonard Raskin, Angry(5): Kevin Scally, Alex Hwang, Kristina Robbie B, Dexter Housel, Carolyn Jorgensen Fewster, Wow(1): Tracy Curtis, Haha(1): Susan Frank and 1 more

35 comments

 **Matthew Smith** Did you hire 🐍's PR firm to write your social media posts. Your fear tactics only fool the 40%. Lately your love affair with Klump is becoming tedious and will hurt your re-election chances.
3/27/2017 10:24 PM UTC

 **Ray Dye** I see education. Has failed you if you look close it says Washington. Post under.the post. I can tell ya must be a democrat. Or a libral by your lack of respect, but any ways Mr Hogan has lot on his plate to deal with childish political behavior. And disrespect respectful people.
3/28/2017 7:13 AM UTC · **Reply**

 **Matthew Smith** There is a news article attached from the Washington Post. I am referring to his post regarding that article. If education had failed me, then I would assume based on your spelling, grammar and sentence structure you must have been home schooled?
3/28/2017 10:33 AM UTC · **Reply**

 **Chris Martin** "Fear Tactics" posting an article on FB...What a menace.
3/28/2017 12:49 PM UTC · **Reply**

 **Matthew Smith** Lol. His comment on the article. Using the Klump PR firm fear words. That is menacing. You may be able to read past it. Many are not able.
3/28/2017 12:53 PM UTC · **Reply**

 **Larry Hogan** This is the Washington Post Editorial Board.
3/27/2017 10:32 PM UTC

 **Donna Lee Duff** These unions need to be defeated because their tactics are NEVER in the best interest of the students - it's always about their continued employment.
3/27/2017 11:59 PM UTC · **Reply**

 **Delana Muir Shifflett** This is not about protecting employment. It is about reducing the amount our students are testing . As a parent, and a teacher these children do NOT need more testing. I do not agree with everything this bill says , however, I do agree with less testing, smaller classes , and a curriculum that will allow us to teach content that is age appropriate for the students learning it . Instead we are now forcing students to learn higher level content at a younger age more and more every year for ridiculous tests. NO MORE STANDARDIZED TESTS.
3/28/2017 12:16 AM UTC · **Reply**

 **Josh Friedman** Donna Lee Duff And standardized testing is in the best interests of kids? The companies that make standardized tests spend millions of dollars to get pols elected to put more and more emphasis on tests.
3/28/2017 12:37 AM UTC · **Reply**

 **Paul Tomasevich** Standardized test were never designed to assess student performance . They were designed to assess teacher performance. Unfortunately they fail at both.
3/28/2017 1:10 AM UTC · **Reply**

 **Ray Dye** Dont worry. Mr hogan. Your. Doing great job. Working with bunch of Democratic. Jack. A##es. Ik its lot of stress on you but the ones who cares about this country. And this state supports you 100%
3/28/2017 7:17 AM UTC · **Reply**

 **Janice Lepore** Having read the bill, I support the changes in school accountability measurement, particularly a reduced emphasis on testing scores as a primary indicator. No Child Left Behind has clearly taught us that tests (which are not designed to measure school quality in the first place) are a poor tool for this purpose. I find it deeply concerning that the current State Board is considering leaving test scores as 70-80% of school accountability.

I also strongly support the bill's requirement of local school representation during any school improvement plan, and prevention of state takeover and school privatization. Local districts are best informed about community resources and needs.

I have called your office several times this session to ask about your position regarding public education, with no response. Therefore, I do thank you for this public statement.
3/27/2017 11:56 PM UTC

 **Delwar Sayed** 70-80% ARE FAILING. Do you not see the standards in these schools? Even our wellfunded middle class schools with zero 'shortages' cant meet the performance shown by third world countries who dont pay that much. Test like MSA and others would be considered breeze. With that level of funding our children should be Calc ready by 9th grade but they are not even after they graduate. EVERY supplier in this country is a fraud, there is no effectiveness but money is thrown at first our military, health services, etc all do that. No quality for the dollars spent in this country

*** 3/28/2017 12:00 AM UTC


**Chelsea Carr** Maybe the state and city could compensate for those losses by not investing in charters and voucher programs? 🙂
3/28/2017 12:00 AM UTC


**Susan Frank** What progress? Once Grasmick left, it fell apart, and even she had barely scraped the bottom of the cess pool.
3/28/2017 12:19 AM UTC


**Josh Friedman** I love how you want to play politics and use our children to get back at unions...because they didn't vote for you. Here's an idea, give teachers the exact same job protections we give police officers and you can have any assessment system you want. Fair?
3/28/2017 12:34 AM UTC


**Dawn Hite** So failing teachers can retain their jobs despite poor performance? No thank you.
3/28/2017 12:41 AM UTC · **Reply**


**Josh Friedman** Dawn Hite What makes a failing teacher?
3/28/2017 12:45 PM UTC · **Reply**


**Delwar Sayed** Lowering standards to artificially boost GPAs and Graduation rate. Go visit another country and see where they are at with the same amount of money(Or less). Even the Well funded middle class schools are lowering their standards and are graduating dumb people..
*** 3/28/2017 6:47 PM UTC · **Reply**


**Marty Murphy** Mr. Hogan, I do NOT support your position, period. I agree with Janice Lepore. Moreover, don't even consider deferring any state's assets or leverage to Betsy DeVos and her "ideology", she, like you, is not an educator.
3/28/2017 3:35 AM UTC


**Susan Jones** As a lifelong Marylander I truly hope the Federal Government DOES withhold funds 💰 for being a Sanctuary State..... perhaps than Annapolis will listen to it's residents. The only reason most of them are even in office are because of the illegitimate gerrymandering. That's the next issue we voters Must address !!
3/28/2017 3:58 AM UTC


**Zalee Harris** Yes, take away Maryland State Department of Education control over local decision-making for education reform.
3/28/2017 4:20 AM UTC


**Kayla Wumer** So, rather than improving education and supporting failing schools, what should we be spending our money on?
3/28/2017 4:23 AM UTC


**Zilla Lutchman Hosein** Our children's education should be our top priority in Md.
*** 3/28/2017 10:18 AM UTC


**Kevin Clifton** Lame duck Larry Mike and Mike own him
3/28/2017 12:13 PM UTC


**Lisa DeGroff** Well, you could start by giving our teachers a decent wage and the raises they deserve. Also get rid of about 80% of the 'standardized testing' that only serves the companies that own the tests (looking at economic info for the areas would actually give you more accurate info about how well the students are doing). If YOUR plan doesn't include those, then it needs to be revamped.
3/28/2017 1:46 AM UTC


**Kevin Scally** Every teacher I know works their butt off and strives for what is best for the students. They work hard and often work overtime - just like construction workers, nurses, accountants, lawyers, engineers, etc.. But it's important to add, not one of my teacher friends are starving. Perhaps we should contribute less from pensions and give it to teachers today. It's the deferred pension costs that are killing school systems. It would also even the playing field as the construction workers, nurses, accountants, engineers, etc. have to save on their own.
3/29/2017 3:10 AM UTC · **Reply**


**Allen Tracey** In a sense, teacher's are saving on their own, too. Approximately 7% of my wife's salary goes towards her pension. I certainly hope you wouldn't want the benefits cut for teachers who are at the retirement stage of their career. Secondly, while she isn't starving now after 30 years in the profession, when she started, her salary was $16,800 in 1987. Those were some lean years.
3/29/2017 10:15 AM UTC · **Reply**


**Delwar Sayed** These tests are a breeze compared to what kids in third world countries go through. These tests show the reality that the schools lack standards. So I couldnt get my pension that is why I forgot my basic responsibilities? Tell me why even our well funded middle class schools fail? You know how much other countries have achieved with same or less cost? They spiting out talents taking over our industries.
*** 3/29/2017 12:05 PM UTC · **Reply**


**Kevin Scally** I'm not saying cutting benefits, that's 7% more than someone else' salary going to a pension.
3/29/2017 12:11 PM UTC · **Reply**


**Rachel Ashbrook** This legislation focuses on school accountability and transparency at the county level. Schools should be transparent with parents, not just about test scores, but classes sizes, curriculum, and others climate measures at a school that would give the community a better understanding of where their schools are succeeding and why their children should be there.

Gov. Hogan fears losing control of public education as he wants to privatize it. He will fight any legislation that supports public schools and allows communities to decide what is best for students, rather than getting to play out his own agenda.
3/29/2017 2:56 AM UTC

*** Last time when these items were scanned Facebook server did not return these elements. This may indicates that elements have been deleted, or that Facebook has no longer provided it.