# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES LAURENSON, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *   No. 8:17-CV-02162-DKC |
| GOVERNOR LAWRENCE J. HOGAN, *et al.*, | * |
| | * |
| *Defendants*. | |

* * * * * * * * * * * * * * * *

## JOINT MOTION FOR TEMPORARY STAY

Plaintiffs, James Laurenson, Meredith Phillips, Janice Lepore and Molly Handley ("Plaintiffs"), and defendants, Governor Lawrence J. Hogan, Douglass V. Mayer and Robert F. Windley ("Defendants"), by their attorneys, hereby jointly move for a temporary stay of this case state as follows:

1. Plaintiffs filed this action on or about August 1, 2017 alleging that Defendants have violated Plaintiffs' free speech rights under the First Amendment by deleting certain comments from Governor Hogan's Facebook page and blocking Plaintiffs from posting additional comments. Complaint (Doc. 1).

2. The Complaint seeks a declaration that the policy governing the Facebook page is unconstitutional on its face and as applied to plaintiffs, as well as injunctive relief and damages. *Id*.

3. The parties have engaged in negotiations in an effort to resolve this matter without the need for further litigation. To facilitate these negotiations, the parties have

agreed to temporarily stay the litigation until November 15, 2017 to see if a permanent agreement can be reached to resolve the case.

4.	Such a stay would permit the parties to focus on possible resolution of the case rather than expending resources on litigation.

5.	A stay may also result in the preservation of judicial resources, as the Court would not need to further administer this case if a settlement is reached.

WHEREFORE, Plaintiffs and Defendants jointly and respectfully request that the Court enter an order staying proceedings in this case until November 15, 2017, and extending Defendants' time to respond to the Complaint to November 30, 2017.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

*/s/ Lisa B. Zycherman*

_____

LISA B. ZYCHERMAN
D. Md. Bar #16969
lisazycherman@dwt.com
CHRISTOPHER W. SAVAGE (appearing *pro hac vice*)
chrissavage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Phone: (202) 973-4200
Fax: (202) 973-4499

	*and*

*/s/ Robert A. Scott*

_____

ROBERT A. SCOTT
Federal Bar. No. 24613
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

Attorneys for Defendants

2

*/s/ Deborah A. Jeon*
_____
DEBORAH A. JEON
D. Md. Bar #6905
jeon@aclu-md.org
ACLU FOUNDATION OF MARYLAND
3600 Clipper Mill Road, Suite 350
Baltimore, Maryland 21211
Phone: (410) 889-8550
Fax: (410) 366-7836

Attorneys for Plaintiffs James Laurenson,
Meredith Phillips, Janice Lepore, and
Molly Handley

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2017, a copy of the foregoing Joint Motion was filed via ECF and thereby served on all counsel of record.

                                          */s/ Robert A. Scott*
                                          Robert A. Scott

4850-9636-9745v.1 0201166-000001